**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22-15627-EPK
                                                Chapter: 11
    Debtor.                                 WEST PALM BEACH DIVISION

_____/

FVP OPPORTUNITY FUND III, LP, a
Delaware limited partnership; FVP
INVESTMENTS, LLC, a Delaware
limited liability company; and FVP
SERVICING, LLC, a Delaware limited
liability company,

    Plaintiffs,

vs.                                             Adversary Case No.: 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC,

    Defendant.

_____/

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>**

Please take notice that the undersigned appears as counsel for Interested Parties, KARMA

OF PALM BEACH, INC. and KARMA OF BROWARD, INC., in the above-captioned case.

Request is hereby made pursuant to Bankruptcy Rule 9010(b) that all notices given or required to

be given in this case and all pleadings, motions and applications served or required to be served in

this case be given to and served upon the following:

        Harry Winderman, Esq.
        Primary email 1:     hw@whcfla.com
        Alternate email:     gg@whcfla.com; filings@whcfla.com

Dated: July 25, 2022.

Respectfully submitted,

WEISS, HANDLER & CORNWELL, PA
*Attorneys for Karma of Palm Beach, Inc. and Karma of Broward, Inc.*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: /s/ Harry Winderman
　　　HARRY WINDERMAN, ESQ.
　　　Florida Bar No. 209562
　　　hw@whcfla.com
　　　filings@whcfla.com
　　　gg@whcfla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on July 25, 2022, I filed the foregoing with the Court by uploading to the CM/ECF system for the United States Bankruptcy Court for the Southern District of Florida and that a true and correct copy was served as indicated on the service list below via Notice of Electronic Filing and via U.S. Mail.

WEISS, HANDLER & CORNWELL, PA
*Attorneys for Karma of Palm Beach, Inc. and Karma of Broward, Inc.*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: /s/ Harry Winderman
    HARRY WINDERMAN, ESQ.
    Florida Bar No. 209562
    hw@whcfla.com
    filings@whcfla.com
    gg@whcfla.com

## SERVICE LIST

**Via ECF:**

- **Jerrell A. Breslin** jb@richardbaronlaw.com
- **David R. Softness** david@softnesslaw.com

**Via US Mail:**

Auto Wholesale of Boca, LLC, Defendant (*Pro Se)*
6560 West Rogers Circle, Suite B-27
Boca Raton, FL 33487