

**ORDERED in the Southern District of Florida on July 25, 2022.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                                 **Case No. 22-15627-EPK**
                                                                       **Chapter 11**

**AUTO WHOLESALE OF BOCA, LLC.,**

     **Debtor.**

_____/

**FVP OPPORTUNITY FUND III, LP, et al.,**

     **Plaintiffs,**

**v.**

                                                                       **Adv. Proc. No. 22-01218-EPK**

**AUTO WHOLESALE OF BOCA, LLC,**

     **Defendant.**

_____/

### ORDER SETTING HEARING ON MOTION TO
### DETERMINE STATE COURT FREEZE ORDER REMAINS IN EFFECT

This matter came before the Court upon the *Emergency Motion to Determine that State Court Freeze Order Remains in Effect and that any Sales of the Disputed Vehicles Are Not Sales in the Ordinary Course* [ECF No. 2] (the "Motion") filed by plaintiffs FVP Opportunity Fund III, LP; FVP Investments, LLC; and FVP Servicing, LLC. After review of

the Motion, the Court finds that it is appropriate to direct Auto Wholesale of Boca, LLC, the defendant in this adversary proceeding, not to sell or transfer the Disputed Vehicles pending a hearing on the Motion. With the Court being fully advised in the premises, it is ORDERED and ADJDUGED:

1.      The Court will hold a hearing on the Motion [ECF No. 2] on **August 3, 2022, at 9:30 a.m.** at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.  If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

2.      Auto Wholesale of Boca, LLC shall not sell or transfer any of the Disputed Vehicles, as that term is defined in the Motion, pending further order of the Court.

###

Copy to:

David R. Softness, Esq.

*David R. Softness, Esq. is directed to serve a copy of this order on all parties in interest and to file a certificate of service with the Court.*