UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22- 15627-EPK
                                                Chapter 11 Subchapter V

_____Debtor-in-Possession._____ /
FVP OPPORTUNITY FUND III, LP, *et a*l.,

Plaintiffs,

vs.                                             Adversary Case NO.: 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC,

Defendant.
_____/

**ORDER GRANTING DEFENDANT'S *EX PARTE* MOTION TO
SHORTEN TIME FOR DISCOVERY RESPONSES TO
THE DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

This matter came on before the Court for consideration of *Defendant's Ex Parte*

*Motion To Shorten Time For Discovery Responses To The Defendant's First Request for Production of Documents* [ECF No. _] (the "**Motion**"), and the Court, being familiar with the record and finding good cause shown, does hereby

    **ORDER** that:

1.  The **Motion** [ECF No. __] is **GRANTED**; and, Plaintiffs shall respond to the *Defendant's First Request for Production of Documents* on or before August 26th, 2022.


                    ###

Submitted by:
James B. Miller, Esq.
Defendant's counsel
416 Biscayne Building
19 West Flagler Street
Miami, FL 33130
Tel. 305-374-0200
email: bkcmiami@gmail.com, jbm@title11law.com

Copies to (*via* CM/ECF):

-Jerrell A Breslin on behalf of Plaintiff FVP Opportunity Fund III, LP
jb@richardbaronlaw.com
-James B Miller on behalf of Defendant Auto Wholesale of Boca, LLC
bkcmiami@gmail.com
-David R. Softness on behalf of Plaintiff FVP Investments, LLC
david@softnesslaw.com
-David R. Softness on behalf of Plaintiff FVP Opportunity Fund III, LP
david@softnesslaw.com
-David R. Softness on behalf of Plaintiff FVP Servicing, LLC
david@softnesslaw.com
-Harry Winderman on behalf of Interested Party Karma of Broward, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Harry Winderman on behalf of Interested Party Karma of Palm Beach, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

(Attorney **Miller** shall file a certificate of service as to this *Order*)