

**ORDERED in the Southern District of Florida on August 24, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

AUTO WHOLESALE OF BOCA, LLC,

     Debtor.

Case No. 22-15627-EPK
Chapter 11

_____/

FVP OPPORTUNITY FUND III, LP, et al.,

     Plaintiffs,

v.

AUTO WHOLESALE OF BOCA, LLC,

     Defendant.

Adv. Proc. No. 22-01218-EPK

_____/

**ORDER DENYING MOTION TO**
**SHORTEN TIME TO RESPOND TO REQUEST FOR PRODUCTION**

This matter came before the Court for hearing on August 24, 2022 upon the

*Defendant's Ex Parte Motion to Shorten Time for Discovery Responses to the Defendant's*

*First Request for Production of Documents* [ECF No. 17] (the "Motion") filed by Auto

Wholesale of Boca, LLC (the "Defendant"). For the reasons stated on the record at the

hearing, the Court ORDERS and ADJUDGES that the Motion [ECF No. 17] is DENIED.

###

Copy to:

James B. Miller, Esq.

*James B. Miller, Esq. is directed to serve a copy of this order on all parties in interest and file a certificate of service with the Court.*