

**ORDERED in the Southern District of Florida on August 25, 2022.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 22-15627-EPK** |
| | **Chapter 11** |
| **AUTO WHOLESALE OF BOCA, LLC,** | |
|     **Debtor.** | |
| _____/ | |
| **FVP OPPORTUNITY FUND III, LP, et al.,** | |
|     **Plaintiffs,** | |
| **v.** | |
| | **Adv. Proc. No. 22-01218-EPK** |
| **AUTO WHOLESALE OF BOCA, LLC,** | |
|     **Defendant.** | |
| _____/ | |

**ORDER RESCHEDULING SCHEDULING CONFERENCE**

The Court held a hearing in this adversary proceeding on August 24, 2022, on the *Defendant's Ex Parte Motion to Shorten Time for Discovery Responses to the Defendant's First Request for Production of Documents* [ECF No. 17]. This adversary proceeding is currently set for a scheduling conference on October 12, 2022. At the August 24 hearing, the parties to this adversary proceeding and Franklin Capital Fund agreed to reschedule the scheduling

conference to September 14, 2022. Based upon the agreement of the parties and with the Court being fully advised in the premises, it is ORDERED and ADJUDGED:

1.      The scheduling conference set for October 12, 2022, is RESCHEDULED to **September 14, 2022, at 1:30 p.m**. at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.  If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

2.      The deadlines to file a motion to withdraw the reference or object to the entry of final orders and judgments in paragraphs two and three of the *Order Setting Scheduling Conference and Establishing Procedures and Deadlines* [ECF No. 5] (the "Scheduling Order") shall be 4:00 p.m. two business days before the rescheduled scheduling conference.

3.      The deadline for the attorneys for the parties to meet and discuss the issues outlined in paragraph five of the Scheduling Order shall be seven days before the rescheduled scheduling conference.

4.      All provisions of the Scheduling Order [ECF No. 5] remain in full force and effect to the extent not inconsistent with this order.

###

Copy to:

David Softness, Esq.

*David Softness, Esq. is directed to serve a copy of this order on all parties in interest and to file a certificate of service with the Court.*