**UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                     Chapter 11

AUTO WHOLESALE OF BOCA, LLC,                      Case No.: 22-15627-EPK

      Debtor-in-Possession.

_____/

FVP OPPORTUNITY FUND III, LP, a
Delaware limited partnership; FVP
INVESTMENTS, LLC, a Delaware
limited liability company; and FVP
SERVICING, LLC, a Delaware limited
liability company,

      Plaintiffs,
v.                                                                          Adv Proc. No. 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC,

      Defendant.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS BY THE SUBCHAPTER V TRUSTEE

PLEASE TAKE NOTICE that the Subchapter V Trustee ("Subchapter V Trustee"), hereby

appears by and through its counsel, Linda Leali, P.A. pursuant to Rules 2002, 3017, 9007 and

9010(b) of the Federal Rules of Bankruptcy Procedure, and Local Rules 2002-1 and 9010-1, and

requests that all notices required to be given in the case and all papers served in the case be given

and served on:

Linda Leali, Esq.
Frank Eaton, Esq.
LINDA LEALI, P.A.
2525 Ponce De Leon Blvd., Suite 300

Coral Gables, FL 33134
Ph.: (305) 341-0671
Facsimile: (786) 294-6671
lleali@lealilaw.com
featon@lealilaw.com

DATED: September 7, 2022

Respectfully Submitted,

LINDA LEALI, P.A.
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134
Telephone: (305) 341-0671

By:    */s/ Linda Leali*
       LINDA LEALI
       lleali@lealilaw.com
       Florida Bar No. 186686
       *Subchapter V Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on September 7, 2022, a true and correct copy of foregoing was electronically filed with the Court using the CM/ECF system, which sent notification and was electronically served upon all parties in interest participating in the CM/ECF system.

By:    */s/ Linda Leali*
       LINDA LEALI