

**ORDERED in the Southern District of Florida on September 12, 2022.**



**Erik P. Kimball, Judge**
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

**AUTO WHOLESALE OF BOCA, LLC,**                Case No.: 22-15627-EPK

     Debtor.

_____/

**FVP OPPORTUNITY FUND III, LP**, a          **ADVERSARY PROCEEDING**
Delaware limited partnership; **FVP**          **CASE NO.: 22-01218-EPK**
**INVESTMENTS, LLC,** a Delaware
limited liability company; and **FVP**
**SERVICING, LLC**, a Delaware limited
liability company,

    Plaintiffs,
vs.

**AUTO WHOLESALE OF BOCA, LLC**,

    Defendant.

_____/

<u>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE**</u>
<u>**TO AMEND AND FILE [THIRD AMENDED COMPLAINT]**</u>

**THIS CAUSE** came before the Court on Wednesday, September 7, 2022, at 1:30

p.m. upon the motion of the Plaintiffs, FVP Opportunity Fund III, LP, a Delaware limited

partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing"), (collectively "FVP") and Hi Bar Capital, LLC, a New York Limited Liability Company, ("HI BAR") (collectively, the "Plaintiffs"), entitled "Motion For Leave To Amend And File Third Amended Adversary Complaint (the "Third Amended Complaint")To Determine Ownership Of Property In The Possession Of The Debtor And The Validity And Extent Of Liens Held By The Plaintiffs And That Any Ownership Interest Of Debtor Is Subject To Plaintiffs' Liens" (CP # 25 the "Motion") and the Court having considered the Motion and arguments of counsel for the Plaintiffs and the Defendant/Debtor, Auto Wholesale Of Boca, LLC ("Debtor"), good cause appearing and the court being fully advised, it is

**ORDERED** and **ADJUDGED** that the Motion is granted.  The Defendant's Third Amended Complaint - attached to the Motion - is deemed filed.  By agreement of the parties, the Debtor shall respond to the Third Amended Complaint on or before Friday, September 30, 2022 (the "Deadline").

\* \* \*

Order Submitted By;

David R. Softness, Esq.
(FBN:  513229)
**DAVID R. SOFTNESS P.A.**
201 South Biscayne Boulevard
Suite 2740
Miami, FL  33131
Tel:          305-341-3111
Email:       david@softnesslaw.com
*Counsel for Plaintiffs*