

**ORDERED in the Southern District of Florida on September 22, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 22-15627-EPK** |
| **AUTO WHOLESALE OF BOCA, LLC,** | **Chapter 11** |
| **Debtor.** | |
| _____/ | |
| **FVP OPPORTUNITY FUND III, LP,** *et al.*, | |
| **Plaintiff,** | |
| **v.** | **Adv. Pro. No. 22-01218-EPK** |
| **AUTO WHOLESALE OF BOCA, LLC and**<br>**EDWARD BROWN,** | |
| **Defendants.** | |
| _____/ | |

## ORDER SETTING STATUS CONFERENCE

THIS MATTER came before the Court *sua sponte* for the purpose of setting a status conference to discuss the scheduling of hearings and deadlines in the above-captioned adversary proceeding.  With the Court being fully advised in the premises, it is **ORDERED** that the above-captioned adversary proceeding shall be set for a status conference on **October 4, 2022 at 1:30 p.m.** at the United States Bankruptcy Court, Courtroom B, The

Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, West Palm Beach, Florida 33401.  Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.

If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

###

Copies furnished to:
Jerrell A Breslin, Esq.

*Jerrell A Breslin, Esq. shall serve a conformed copy of this order upon all interested parties and shall file a Certificate of Service of same with the Clerk of Court.*