**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

**AUTO WHOLESALE OF BOCA, LLC,**          Case No.: 22-15627-EPK

      Debtor.

_____/

**FVP OPPORTUNITY FUND III, LP**, a          **ADVERSARY PROCEEDING**
Delaware limited partnership; **FVP**          **CASE NO.: 22-01218-EPK**
**INVESTMENTS, LLC,** a Delaware
limited liability company; and **FVP**
**SERVICING, LLC**, a Delaware limited
liability company, **and HI BAR**
**CAPITAL, LLC**, a New York Limited
Liability Company,

      Plaintiffs,
vs.

**AUTO WHOLESALE OF BOCA, LLC**,

      Defendant.

_____/

**ADVERSARY PLAINTIFFS' DISCOVERY DISCLOSURES**
**Fed. R. Civ. P. 26(A)(1)**

    **COME NOW** the Plaintiffs, FVP Opportunity Fund III, LP, a Delaware limited

partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company

("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP

Servicing") (collectively "FVP" or the "Plaintiffs"), and hereby make their initial disclosures

required by Rule 26(a)(1), Fed. R. Civ. P., as follows:

    *(1) Initial Disclosure.*

     *(A) In General. Except as exempted by Rule 26(a)(1)(B) or as otherwise stipulated
or ordered by the court, a party must, without awaiting a discovery request, provide
to the other parties:*

*(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;*

1.    Plaintiff FVP and its officers, attorneys, transactional attorneys that performed work on the underlying transaction, employees, agents, bookkeepers, accountants, independent contractors and representatives; c/o Jerry Breslin, Esq., The DuPont Building, 169 E. Flagler St., Suite 700, Miami, Florida 33132, Tel: 305-577-4626, Email: JB@richardbaronlaw.com.

2.    Moshe Farache, Chase Farache, Lisa Farache, and the officers, attorneys, employees, agents, bookkeepers, accountants, independent contractors and representatives of Adversary Defendant Auto Wholesale of Boca, LLC, a Florida limited liability company (the "Adversary Defendant"); MMS Ultimate Services, Inc., a Florida corporation; Pompano 2009 LLC, a Florida limited liability company; Mazel Tov Inc., a Florida corporation; Farache Enterprises, Inc., a Florida corporation; and M & M Development Consultants LLC, a Florida limited liability company (collectively, the "Defendant Affiliated Entities"), c/o counsel for the Adversary Defendant.

3.    Scott Zankl, Kristen Zankl and the officers, attorneys, employees, agents, bookkeepers, accountants, independent contractors and representatives of Karma of Palm Beach, Inc., Karma of Broward, Inc. (collectively, the "Karma Entities"), and Excell Auto Group, Inc ("EAG"), c/o counsel for the Karma entities. These include, without limitation, Jonathan Martin, Oleg, Alana Bailey, Nidia Lieva and Teddi Sofoul.

4.    Edward Brown, c/o counsel of record.

5.    Derek Stevens, c/o counsel of record.

6.    Frank A. Evans, c/o counsel of record.

7.    Augusta Audatte, 1254 NW 102nd Way, Coral Springs, FL 33071.

8.    Eric Dore, c/o Jack Brennan, Esq., Gray Robinson, P.A.

9.    Representatives of Graves Directional Drilling, c/o counsel of record.

10.    Shayne Prior, address to be provided.

11.    Omar Periu, address to be provided.

12.    Frederick Hall, address to be provided.

13.    Arby Lipman, and representatives of Arby Lipman, LLC.

14.     Calvin Erbstein, 4318 El Mar Drive, Lauderdale By The Lakes, FL 33308.

15.     Michele Martin, c/o counsel for the Debtor.

16.     Mark Brandes, Esq., 18851 N.E. 29th Avenue, Suite 303, Aventura, Florida 33180.

17.     Greg Blinderman, Esq., 18851 N.E. 29th Avenue, Suite 303, Aventura, Florida 33180.

18.     Records Custodians to testify as custodians of records, as necessary, if the parties cannot stipulate as to the authenticity and admissibility of certain exhibits sought to be introduced as evidence at trial by the Plaintiffs, or regarding or relating to the Defendants or the Defendant Affiliated Entities.

19.     Any and all witnesses as identified by the parties in discovery as having information material and relevant to the adversary proceeding.

20.     Any and all expert witnesses identified by the parties including mixed fact / expert attorney witnesses and including, without limitation, Brian Rohl, CPA and Joel Wiegert, Esq., c/o Jerry Breslin, Esq., The DuPont Building, 169 E. Flagler St., Suite 700, Miami, Florida 33132, Tel: 305-577-4626, Email: JB@richardbaronlaw.com.

21.     Investigators retained by the Plaintiff and/or its attorneys c/o Jerry Breslin, Esq., The DuPont Building, 169 E. Flagler St., Suite 700, Miami, Florida 33132, Tel: 305-577-4626, Email: JB@richardbaronlaw.com.

22.     Rebuttal and impeachment witnesses.

23.     As discovery is ongoing, Plaintiffs respectfully request reservation of the right to supplement this list of witnesses and will disclose any additional witnesses pursuant to the trial order before trial.

*(ii) a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;*

1.     A copy of the documents and electronically stored information that FVP will use to support its claims has been provided to the Adversary Defendant via Dropbox. Additional information has been sought via Subpoena which will be supplied upon receipt. Work product, summaries and other trial exhibits or information will be identified and provided as required under the Fed. R. Civ. P., the Local Rules and any Order of Court

2.     All records identified by any Adversary Plaintiffs in discovery.

3.      All records identified by any Intervenors or parties of interest in discovery.

4.      All records identified by any of the named Defendants in discovery.

5.      Any and all pleadings, attachments, exhibits, transcripts, petitions, statements, schedules, court docket sheets, claim registers, claims, and discovery filed, served or taken in, or in any way relating to, the Plaintiffs' claim or to this adversary proceeding.

6.      Any and all books, records and other documents of the Plaintiffs, and any of their accounting firms or related entities, including information from the Secretary of State, bank statements, canceled checks, deposit slips, wire transfer notices, debit and credit memoranda, invoices, etc., correspondence, and all other documents in the possession, custody or control of the Plaintiffs produced in discovery concerning the issues in this adversary proceeding.

7.      Any and all books, records and other documents of any named Defendant and/or their affiliates, including but not limited to corporate records of any named Defendant, and any of their accounting firms or related entities, including information from the Secretary of State, bank statements, canceled checks, deposit slips, wire transfer notices, debit and credit memoranda, invoices, etc., correspondence, and all other documents in the possession, custody or control of any named Defendant produced in discovery, or requested and not produced pursuant to the Plaintiffs' Request for Production, concerning the issues in this adversary proceeding.

8.      Records of any and all contracts and or written letters or documents memorializing any business agreements by and between the Plaintiff and/or Defendants and/or any Defendant Affiliated Entities.

9.      All copies of any and all correspondence by and between the Plaintiffs, and the Defendants and/or Defendant Affiliated Entities or other parties of interest.

10.      All records regarding or relating to the automobiles detailed in the Adversary Complaint.

11.      Any and all bank account records for the Plaintiffs including, but not limited to, bank statements, deposit slips, write transfer records, canceled checks, correspondence, debit and credit memos, signature cards and all other documents produced by various bank or other parties in connection with the issues in this adversary proceeding.

12.      Any and all bank account records for any named Defendant and any Defendant Affiliated Entities including, but not limited to, bank statements, deposit slips, write transfer records, canceled checks,

correspondence, debit and credit memos, signature cards and all other documents produced by various bank or other parties in connection with the issues in this adversary proceeding.

13.     Any and all bank account records for the Karma Entities or for EAG including, but not limited to, bank statements, deposit slips, wire transfer records, canceled checks, correspondence, debit and credit memos, signature cards and all other documents produced by various bank or other parties in connection with the issues in this adversary proceeding.

14.     Any and all documents produced in discovery, or identified or referred to in discovery and pleadings filed in or relating to this adversary proceeding.

15.     Rebuttal and impeachment documents.

16.     Any and all contracts, invoices or other pertinent documents.

17.     Any and all reports of any experts in this matter.

18.     Any and all documents concerning, referring or relating to the Plaintiffs' Adversary Complaint, any Intervenor's complaint or any named Defendant's answer or affirmative defenses.

19.     As discovery is ongoing, Plaintiffs respectfully request reservation of the right to supplement this list of documents and exhibits and will disclose any additional documents and exhibits pursuant to the trial order before trial.

*(iii) a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered;*

1.     The Adversary Plaintiffs seek an order from the Court determining the ownership over certain identified disputed property. After that determination is made, if the Debtor is the owner of the disputed property, then the existence or extent of liens regarding that property held by the FVP Plaintiffs and Hi Bar Plaintiffs against the Debtor or other claimants without determining any priority of claims between the FVP Plaintiffs and the Hi Bar Plaintiff. FVP Plaintiffs seek their costs and expenses under Federal Rule of Bankruptcy Procedure 7054 and Fed. R. Civ. P. 54 as well as attorney's fees allowable under the law and  any further relief as the Court deems just and proper.

*-and-*

*(iv) for inspection and copying as under <u>Rule 34</u>, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.*

1.    None.

Dated September 23, 2022.

<u>For the FVP Plaintiffs</u>

| | |
|---|---|
| Jerrell A. Breslin, Esq.<br>Baron, Breslin & Sarmiento<br>The DuPont Building<br>169 East Flagler Street, #700<br>Miami, Florida 33131<br>Phone: (305) 577-4626<br>E-mail:  JB@RichardBaronLaw.com<br>EService@RichardBaronLaw.com<br><br>By:    s/ Jerrell Breslin, Esq.<br>       Jerrell Breslin, Esq.<br>        Fla Bar No: 269573 | David Softness, Esq.<br>David R. Softness, P.A.<br>201 S. Biscayne Blvd., Ste 2740<br>Miami, Florida 33131<br>Phone: (305) 341-3111<br>E-mail:david@softnesslaw.com |
| Jonathan Noah Schwartz, Esq.<br>Florida Bar No. 1014596<br>Jonathan Schwartz Law PLLC<br>10200 NW 25th Street, Suite 111<br>Doral, FL 33172<br>Tel.: (973) 936-2176<br>E-mails:jschwartz@jonschwartzlaw.com<br>JNSEsquire@gmail.com | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that; I electronically filed the foregoing was served via Email electronic transmission under Local Rule 7026 -1 upon those parties and attorneys who are registered with the Court to receive notifications in this matter but not filed of record

and by email upon: the office of the US Trustee by serving Heidi A. Feinman, Esq. at Heidi.A.Feinman@usdoj.gov, upon the Subchapter 5 Trustee by serving Linda Leali, Esq. at lleali@lealilaw.com, upon the Debtor/Defendant by serving James B. Miller, Esq. at bkcmiami@gmail.com, upon Karma or Broward, Inc. and Karma of Palm Beach, Inc. by serving Harry Winderman, Esq. at harry4334@hotmail.com, upon Ed Brown by serving Brett Marks, Esq., at brett.marks@akerman.com, and upon Hi Bar by serving Mark Wolfson, Esq. at MWolfson@foley.com.

/ s/ Jerrell Breslin
Jerrell Breslin, Esq.