**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
**www.flsb.uscourts.gov**

In re:                                                          Case No. 22-15627-EPK
AUTO WHOLESALE OF BOCA, INC.

                                                               Chapter 11
     Debtor.
_____/

FVP OPPORTUNITY FUND III, LLP, et al.,

                                                               Adv. Proc. No. 22-01218-EPK
     Plaintiffs,
v.

AUTO WHOLESALE OF BOCA, LLC,
and EDWARD BROWN,

     Defendants.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel on behalf of Defendant

**Edward Brown**, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy

Procedure, and requests that all notices given or required to be given in this case and all papers

served in this case be given to and served upon the following:

> Eyal Berger, Esq.
> AKERMAN LLP
> 201 Las Olas Boulevard, Suite 1800
> Fort Lauderdale, Florida 33301
> Telephone (954) 463-2700
> Facsimile (954) 463-2224
> Email: eyal.berger@akerman.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices

and papers referred to in the Rules specified above, but also includes, without limitation, orders

66540169;1

and notices of any applications, motions, petitions, pleadings, requests, complaints or demands whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect the Debtor or property of the estate.

Dated: September 26, 2022

Respectfully submitted,

By: /s/ *Eyal Berger*
Eyal Berger, Esq.
Florida Bar No. 011069
eyal.berger@akerman.com
**AKERMAN LLP**
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL  33301-2999
Tel: 954-463-2700
Fax: 954-463-2224

*Counsel for Edward Brown*


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

*/s/ Eyal Berger*
Eyal Berger, Esq.

66540169;1

- 2 -