**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
**www.flsb.uscourts.gov**

|  |  |
|---|---|
| In re: | Case No. 22-15627-EPK |
| AUTO WHOLESALE OF BOCA, INC. | |
| | Chapter 11 |
| Debtor. | |
| _____/ | |
| | |
| FVP OPPORTUNITY FUND III, LLP, et al., | |
| | Adv. Proc. No. 22-01218-EPK |
| Plaintiffs, | |
| v. | |
| | |
| AUTO WHOLESALE OF BOCA, LLC, | |
| and EDWARD BROWN, | |
| | |
| Defendants. | |
| _____/ | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel on behalf of Defendant

**Edward Brown**, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy

Procedure, and requests that all notices given or required to be given in this case and all papers

served in this case be given to and served upon the following:

> Amanda Klopp, Esq.
> AKERMAN LLP
> 777 South Flagler Drive
> Suite 1100 West Tower
> West Palm Beach, Florida 33401
> Telephone (561) 653-5000
> Facsimile (561) 659-6313
> Email: amanda.klopp@akerman.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices

and papers referred to in the Rules specified above, but also includes, without limitation, orders

66539669;1

**AKERMAN LLP, 201 EAST LAS OLAS BOULEVARD, SUITE 1800, FORT LAUDERDALE, FL  33301**

and notices of any applications, motions, petitions, pleadings, requests, complaints or demands whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect the Debtor or property of the estate.

Dated: September 26, 2022

Respectfully submitted,

By: /s/ *Amanda Klopp*
Amanda Klopp, Esq.
Florida Bar No. 124156
amanda.klopp@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401
Tel:  (561) 653-5000
Fax: (561) 659-6313

*Counsel for Edward Brown*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

*/s/ Amanda Klopp*
Amanda Klopp, Esq.

66539669;1

- 2 -

AKERMAN LLP, 201 East Las Olas Boulevard, Suite 1800, Fort Lauderdale, FL  33301