UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC.                    Case No.: 22- 15627-EPK
                                                Chapter 11 Subchapter V

      Debtor-in-Possession                    /
FVP OPPORTUNITY FUND III, LP, a
Delaware limited partnership; FVP
INVESTMENTS, LLC, a Delaware
limited liability company; and FVP
SERVICING, LLC, a Delaware limited
liability company, and HI BAR CAPITAL, LLC,
a New York Limited Liability Company.

Plaintiffs,

vs.                                             Adversary Case No.: 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC,

Defendant.

                                   /

**EXPRESS EMERGENCY SERVICES, INC., MMS ULTIMATE SERVICES INC.'S, POMPANO 2009 LLC.'S, MAZEL TOV INC.'S FARACHE ENTERPRISES INC.'S, M & M DEVELOPMENT CONSULTANTS LLC'S, MOSHE FARACHE, LISA FARACHE, AND CHASE FARACHE'S OBJECTION, MOTION TO QUASH, AND/OR MOTION FOR PORTOECTIVE ORDER AS TO PLAINTIFFS' SUBPOENA FOR RULE 2004 EXAMINATION - SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE <u>(OR ADVERSARY PROCEEDING)</u>**

Comes Now, Express Emergency Services, Inc., MMS Ultimate Services Inc., a Florida corporation; Pompano 2009 LLC., a Florida limited liability company; Mazel Tov Inc., a Florida corporation; Farache Enterprises Inc., a Florida corporation; M & M Development Consultants LLC., a Florida limited liability company; Moshe Farache, Lisa Farache and Chase Farache and Object, move to Quash and/or for a Protective Order as to the Subpoena for Rule 2004 Examination - Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in

**1 |** P a g e

a Bankruptcy Case (or Adversary Proceeding) served on TD BANK, National Association by FVP OPPORTUNITY FUND III, LP, FVP INVESTMENTS, LLC, FVP SERVICING, LLC (collectively referred to hereinafter as "FVP"), and HI BAR CAPITAL, LLC. (hereinafter "HI BAR"), and in support state:

1. On or about September 12, 2022, FVP served TD BANK, National Association with a Subpoena for Rule 2004 Examination - Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) requesting any records, including bank statements, it may possess of MMS Ultimate Services Inc, Pompano 2009 LLC., Mazel Tov Inc., Farache Enterprises Inc., M & M Development Consultants LLC., Moshe Farache, Lisa Farache and Chase Farache (hereinafter referred to collectively as the "Parties") [DOC #39- Adversary Case No.: 22-01218-EPK].

2. The Parties object because they are not parties in the Bankruptcy or Adversary proceedings and the proposed Subpoena seeks irrelevant financial information, including bank statements.

3. "[I]nformation is relevant if it has a 'tendency to make a fact more or less probable' and 'the fact is of consequence in determining the action." *Jordan v. Comm'r, Mississippi Dep't of Corr.,* 947 F.3d 1322, 1329 (11th Cir.), cert. denied sub nom. *Jordan v. Georgia Dep't of Corr.,* 141 S. Ct. 251, 208 (2020) (quoting Fed. R. Evid. 401). Although the scope of discovery is broad, it is not without limits. For example, discovery is not permitted for exploratory purposes under the premise that the information obtained might conceivably become germane. *See Oppenheimer Fund, Inc. v. Sanders,* 437 U.S. 340, 352 (1978).

4. The Debtor/Defendnat, AUTO WHOLESALE OF BOCA, LLC, (hereinafter "AWB") is a "Debtor-in Possession" under Title 11, Subchapter V, of the United States Code by

virtue of having filed its Petition [Doc #1- Case No.: 22- 15627-EPK] on July 22nd, 2022, seeking to reorganize itself under the bankruptcy code.

5.      On September 20, 2022, FVP And HI BAR filed their Third Amended Adversary Complaint to Determine Ownership of Property in the Possession of the Debtor and the validity and Extent of Liens held by the Plaintiffs and that any Ownership Interest of Debtor is Subject to Plaintiffs' Liens [Doc #59- Adversary Case No.: 22-01218-EPK].

6.      FVP and HI BAR claim that they "intend to establish that (i) the Debtor holds no interest in the Vehicles recognized by 11 U.S.C. Section 541(a)(1), and even it does, (ii) the Debtor's interest is subject and inferior to the security interests of both the FVP Plaintiffs and Hi Bar because, among other reasons, the Debtor was not a 'buyer in the ordinary course of business' as required by Sections 679.320 and 671.201(9), Florida Statutes"

7.      The personal private financial records of Mr. and Mrs, Farache, and their son; Chase Farache, and the financial records of their other companies, which are entities unrelated to the AWB, have no bearing whatsoever on the issue of AWB's ownership interest in the vehicles, or whether it is subject to the purported liens of FVP and HI BAR.

8.      FVP's and HI BAR's subpoena to TD BANK is a classic fishing expedition, which is clearly intended to harass Mr. and Mrs, Farache, and their son [1].

WHEREFORE, Express Emergency Services, Inc., MMS Ultimate Services Inc, Pompano 2009 LLC., Mazel Tov Inc., Farache Enterprises Inc., M & M Development Consultants LLC., Moshe Farache, Lisa Farache and Chase Farache, request that the Court enter an order:

(1) Quashing FVP and HI BAR's Subpoena to TD Bank; or alternatively

---

[1]  By way of example, one of the Parties listed in their Subpoena, Pompano 2009 LLC., has not been in business now for at least the last eight years.

(2) Entering a protective order requiring all documentation produced by TD Bank to be delivered to the undersigned so that any information can be redacted that is unrelated to the vehicles at issue in the Bankruptcy/Adversary proceeding; and

(3) Granting such other relief that the Court deems appropriate.

Respectfully submitted on September 27, 2022.

> SCOTT C. GHERMAN, P.A.
> 902 Clint Moore Road
> Suite 120
> Boca Raton, Florida 33487
> (561) 757-6266
> sgherman@scottghermanpa.com
>
> /S/ Scott Gherman
> SCOTT C. GHERMAN, ESQ.,
> Florida Bar No. 0180653

## CERTIFICATE OF SERVICE

I hereby certified that a true and correct copy of the foregoing was served via CM/ECF simultaneously with the filing of the same with the Court this even date upon all parties-in-interest of record in said adversary and bankruptcy proceedings and who are registered with the court for such service, along with a courtesy copy of the same served via email in PDF format to Linda Leali, Trustee.

> /S/ Scott Gherman
> SCOTT C. GHERMAN, ESQ.,
> Florida Bar No. 0180653