**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**

In Re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22-15627-EPK

      Debtor.

_____/

FVP OPPORTUNITY FUND III, LP, a
Delaware limited partnership; FVP
INVESTMENTS, LLC, a Delaware limited liability
company; and FVP SERVICING, LLC, a Delaware
limited liability company; and HI BAR CAPITAL,
LLC, a New York Limited Liability Company.

      Adversary Plaintiffs,

vs.                                             Adversary Case No.: 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC, and
EDWARD BROWN,

      Adversary Defendants.

_____/

KARMA OF PALM BEACH, INC AND
KARMA OF BROWARD, INC.

      Intervenor Plaintiffs,

vs.

AUTO WHOLESALE OF BOCA, INC.
AND EDWARD BROWN

      Intervenor Defendants.

_____/

**INTERVENORS' ADVERSARY COMPLAINT**
**TO DETERMINE OWNERSHIP OF PROPERTY IN THE POSSESSION OF THE**
**DEBTOR AND THE VALIDITY AND EXTENT OF OWNERSHIP BY THE**
**PLAINTIFFS**

COME NOW, the Intervenor Plaintiffs, KARMA OF PALM BEACH, INC. and KARMA OF BROWARD, INC. (collectively, the "Plaintiffs"), against Intervenor Defendant, AUTO WHOLESALE OF BOCA, LLC, a Florida limited liability company (the "Defendant", "AWB", or "the Debtor"), and including Adversary Defendant, EDWARD BROWN, as a party of interest who may claim an interest in one or more of the vehicles that are the subject of this adversary proceeding and allege as follows:

### PARTIES

1. At all times material hereto, Plaintiff, KARMA OF PALM BEACH, INC., was and is a Florida corporation with its principal place of business in Palm Beach County, Florida.

2. At all times material hereto, Plaintiff, KARMA OF BROWARD, INC., was and is a Florida corporation with its principal place of business in Broward County, Florida.

3. At all times material hereto, Defendant, the Debtor, was and is a Florida limited liability company with its principal place of business in Palm Beach County, Florida, and doing business in Broward County, Florida, and Palm Beach County, Florida, and is otherwise *sui juris.* The manager of the Debtor is Moshe Farache ("Farache") who acts for the Debtor.

4. At all times material hereto, Defendant, EDWARD BROWN ("Brown"), was and is a resident of Palm Beach County, Florida, and is otherwise *sui juris.* Brown is named in this Complaint only as a party of interest as Brown is currently in possession of two vehicles in which the adversary Plaintiffs claim are owned by Karma of Palm Beach, Inc. or Karma of Broward, Inc. and therefore may claim an interest in the collateral of the Plaintiffs claimed in this Complaint.

### JURISDICTION AND VENUE

5. On July 22, 2020 (the "Petition Date"), Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the

Southern District of Florida, bearing case number 22-15627-EPK.

6.      This Court has jurisdiction over the adversary proceeding pursuant to 28 U.S.C. §§ 157, 1334, 1652 and 2201; Fed. R. Civ. P. 57; and Fed. R. Bankr. P. 7001(1)-(2), (7) and (9).

7.      This action is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (H), (K), and (O).

8.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408-09.

**Debtor's Claim to Vehicles and Funds and the Plaintiffs' Dispute of the Debtor Claims, and Relief Sought**

9.      The Debtor has claimed and claims it is the owner of the following vehicles and funds:

a.      nineteen (19) automobiles, described in its Form 206A/B Schedule as assets at Part 8 (attached hereto and incorporated herein as **Exhibit A**). Due to orders of abandonment already entered, one (2) of the nineteen (19) automobiles,[1] described in its Form 206A/B Schedule as assets at Part 8 has been returned to their rightful owners, leaving the remaining seventeen (17) automobiles, described in its Form 206A/B Schedule as assets at Part 8, as those sought by the Plaintiffs.

b.      two (2) vehicles more fully described as a **2016 Ford Rhino Black, VIN 1FDUF4HT8GEB18666** and a **2018 McLaren 720s Black, VIN # SBM14DCA7JW001804** (*See,* Compl., Ex. K), currently in the possession of the Debtor at his business location at 5471 N.

---

[1] A 2020 Lamborghini Urus VIN ZPBUA1ZLXLLA06529 to Eric Dore - [Exhibit A, Vehicle No. 3] [D.E. 73]; 2020 Black 812 Superfast Ferrari, VIN ZFF83CLA1L0254693 2021 to Arby Lipman [Exhibit A, Vehicle No. 13] [D.E. 131].

Further, this Honorable Court has ordered abandoned the following vehicles in which the titles were wrongfully taken by the Debtor and Mr. Farache, but not the vehicles: A Ferrari 812 GTS, VIN ZFF97CMA4M0261176 to Frank Evans [D.E. 79] and 2012 Lamborghini Aventador VIN # ZHWUC1ZD2CLA00244 [D.E. 82] to Graves Directional Drilling Inc.

Dixie Highway, Boca Raton, Florida or other locations unknown to the Plaintiffs. The Plaintiffs assert that the Debtor should have listed these vehicles on Form 206A/B Schedule as assets at Part 8, but intentionally omitted the vehicles.

      c.    two (2) vehicles more fully described as a **2015 Maclaren 650 S Convertible, Grey, VIN # SBM11FAA4FW003654** and a **2017 Lamborghini Huracan Red, VIN # ZHWUR2ZF8HLA08121** currently in the possession of Karma of Broward at is business in Broward County, Florida.  Karma of Broward has possession of the vehicles, but Farache took the titles and claims ownership for the Debtor.

      d.    two (2) vehicles more fully described as a **2021 Rolls Royce Cullinan White, VIN # SLATV8C09MU204097** and a **2021 Lamborghini Urus White, VIN # ZPBUA1ZL1MLA12270** currently in the possession of Brown and located in Palm Beach County, Florida or other location unknown to the Plaintiffs.

      e.    one (1) vehicle more fully described as a **2021 Jeep Gladiator Black, VIN # 1C6HJJAG0ML564806** which came into the possession of Farache and the Debtor and was sold on April 14, 2022, by Debtor AWB for $130,000.  The funds are currently held in the trust account of Jay Farrow, Esq. and are reflected in the Debtor's Form 206A/B Schedule as assets at Part 1, Cash and Cash Equivalents, at No. 4.  Plaintiffs allege that their claims as to this vehicle are identical to all the other vehicles in which the Plaintiffs claim relief and seek the funds from the sale of this vehicle to be turned over the to the Plaintiffs pursuant to the allegations in this Complaint. (The aforementioned vehicles in the possession of the Debtor as well as those in the possession of Karma of Broward and Brown in which the Debtor holds the titles, totaling twenty-three (23) vehicles as well as the proceeds from the sale of one (1) vehicle held in trust by Jay Farrow, Esq., will be referred to collectively herein as the "Vehicles".)

10.     Plaintiffs deny that the Debtor has any bona fide legal or beneficial ownership interest in the Vehicles, at most the Debtor holds bare legal title to the same.

11.     Plaintiffs, by this action, intend to establish that the Debtor holds no interest in the Vehicles recognized by 11 U.S.C. § 541(a)(1).

a.     Plaintiffs seek judgment that declares the Debtor is not the lawful owner of and does not hold any valid interest under Section 541(a)(1) in the Vehicles or proceeds that are more particularly described in paragraph 9 of this Complaint.

b.     Plaintiffs seek judgment ordering the Debtor to surrender, abandon or turn over its possession of the Vehicles jointly to the FVP Plaintiffs and Hi Bar for safekeeping pending an order from the Circuit Court in the Pending State Action.

c.     In the event that the Vehicles are monetized in this action by agreement of the Parties, then to order the turnover of the proceeds from the sale of the Vehicles to the Plaintiffs to be held in escrow pending an order from the Circuit Court in the Pending State Action.

### The Debtor's Conversion of the Plaintiffs' Vehicles

12.     During the year of 2021, unknown to the Plaintiffs, Farache created false paperwork to demonstrate ownership of the Vehicles.

13.     At no time in 2021 for the over one hundred fabricated transactions where the Debtor purports to acquire ownership in the Plaintiffs' inventory, did the Debtor or Farache ever take possession of any of the Vehicles.  At all times, the Vehicles remained on the Plaintiffs' lots until ultimate customers bought the Vehicles by paying funds directly to Plaintiffs.  In other words, the Plaintiffs sold the Vehicles to the end customer.

14.     In 2022, Farache, with the forced acquiescence under duress of Scott Zankl, created false paperwork to show ostensibly that after one of the Karma Entities purchased a vehicle from

a third party, the vehicle would then be sold to Excell, which would then either transfer it to the Debtor, or back to one of the Plaintiffs, or from the Debtor to one of those entities. The 2022 transactions were without objective market value being paid or adequate consideration being exchanged between any of the parties and when compared to the value of the Vehicles ostensibly transacted.  All the paper transactions were done at the request of Farache who believed that these transactions would give his company, the Debtor, a legitimate claim to a security interest in the Vehicles which he demonstrated by filing an action in the Palm Beach Circuit Court to establish his lien interests in the Vehicles.

15.     All of the Vehicles are in the possession of the Debtor and the two in the possession of Karma of Broward, Inc.  After the purchase by either of the Plaintiffs, false paperwork was exchanged at the threatened demand of the Debtor to ostensibly show that the Debtor was a purchaser for value.  However, the applicable bank records and other documentary evidence reflect that the Debtor received millions of dollars from the Plaintiffs when it should have been paying those sums if the falsely created putative purchase and sale paperwork was in fact true.

16.     The reason for all of the above sham transactions and the participation of Scott Zankl in the false paperwork is that when Scott Zankl told Farache that neither he nor Excell could pay the money that he borrowed from or was invested by the Debtor, Mr. Zankl was threatened such that Farache created an atmosphere of extreme duress and intimidation.

17.     On or about April 1, 2022, the Vehicles were removed by Debtor and Farache from the Plaintiffs' and other locations.

18.     Employees or agents of the Debtor wrongly and fraudulently transferred titles to itself for the Vehicles without right or authority.

19.     At no time was the Debtor a buyer in the ordinary course as defined under UCC

Article 9, Chapter 679, Florida Statutes.

20.     At most, the Debtor has naked possession and bare title to the Vehicles.

21.     All conditions precedent to this action have occurred or been met.

### COUNT I
### Determination of Ownership of the Vehicles

22.     Plaintiffs restate and reallege the allegations contained in paragraphs 1 through 21 as if fully set forth herein.

23.     Plaintiffs seek a determination of the real ownership of the Vehicles for purposes of Section 541(a)(1) of the Bankruptcy Code.

24.     Debtor has asserted before this Court in its sworn bankruptcy schedules and verbally at various hearings that it is the lawful owner of the Vehicles.

25.     Plaintiffs reject those claims and contend that one of the Plaintiffs beneficially and legally own the Vehicles.

26.     Plaintiffs aver that the Debtor has mere naked possession and naked title to the Vehicles that the Debtor procured through conversion, theft, actual or constructive fraud and/or duress.

27.     Plaintiffs aver that at no time was the Debtor a buyer in the ordinary course.

28.     Adversary Defendant Brown has been named as a party of interest as he may claim some interest in the Vehicles.

WHEREFORE, Plaintiffs demand judgment for the following:

a.      that the Debtor is not the lawful owner of and does not hold any valid interest under Section 541(a)(1) in the Vehicles as collectively defined in Paragraph 11 of this Complaint;

b.      ordering the Debtor to surrender, abandon, or turn over its possession of the Vehicles jointly to the Plaintiffs and FVP Plaintiffs and Hi Bar for safekeeping pending an order

from the Circuit Court in the Pending State Action; and

c.      awarding Plaintiffs and Hi Bar their costs and expenses under Fed. R. Bankr. P. 7054

and Fed. R. Civ. P. 54 as well as such further relief as the Court deems just and proper.

Dated: September 27, 2022.          Respectfully submitted,

WEISS, HANDLER & CORNWELL, PA
*Attorneys for Karma of Palm Beach, Inc. and*
*Karma of Broward, Inc.*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: /s/ Harry Winderman
    HARRY WINDERMAN, ESQ.
    Florida Bar No. 209562
    hw@whcfla.com
    filings@whcfla.com
    gg@whcfla.com

## LOCAL RULE 9011-4(B)(1) CERTIFICATION

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

By: /s/ Harry Winderman
    HARRY WINDERMAN, ESQ.
    Florida Bar No. 209562

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on September 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive notifications in this matter.

WEISS, HANDLER & CORNWELL, PA
*Attorneys for Karma of Palm Beach, Inc. and*
*Karma of Broward, Inc.*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: /s/ Harry Winderman
    HARRY WINDERMAN, ESQ.
    Florida Bar No. 209562
    hw@whcfla.com
    filings@whcfla.com
    gg@whcfla.com

**Fill in this information to identify the case:**

Debtor name **Auto Wholesale of Boca, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **22-15627-EPK**

■ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank United** | **Checking Account** | **7432** | **$216,231.85** |
| 3.2. | **Synovus Bank** | **Checking Account** | **5805** | **$9,900.00** |
| 3.3. | **TD Bank** | **Checking Account** | **8886** | **$6,652.47** |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Trust account funds at Jay Farrow, P.A.** | **$129,000.00** |
| 4.2. | **FVP Opportunity Fund III, LP et al v. Auto Wholesale of Boca, LLC Court Registry for RR Ghost return.** | **$53,000.00** |

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$414,784.32**

**Part 2:**    **Deposits and Prepayments**

EXHIBIT A

Debtor  **Auto Wholesale of Boca, LLC**                     Case number *(If known)*  **22-15627-EPK**
        Name

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

        **5471, LLC**
7.1.    **Security Deposit**                                                                                  $21,289.29

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

8.1.    **5471, LLC -Warehouse Lease**                                                                        $1.00

8.2.    **SC&J II, LLC -Office Lease**                                                                        $1.00

8.3.    **Royal Premium Budget, Inc.**                                                                        $4,365.81

8.4.    **Stonemark Royal Premium Budget Inc.**                                                               $7,811.54

9.      **Total of Part 2.**                                                                                  $33,468.64
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:       0.00          -            0.00      = ....        **Unknown**
                                   face amount            doubtful or uncollectible accounts

        11a. 90 days old or less:  7,500,000.00    -      7,500,000.00   = ....        $0.00
                                   face amount            doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                                  $0.00
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.

☐ Yes Fill in the information below.

Debtor   **Auto Wholesale of Boca, LLC**                                    Case number *(If known)*  **22-15627-EPK**
         Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** See No. 46 below | | **Unknown** | | **$0.00** |

| 23. | **Total of Part 5.** | | | | **$0.00** |
|---|---|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | | | |

**24.    Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____   Valuation method _____   Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Funiture | **$9,400.00** | | **$9,400.00** |
| 40. | **Office fixtures** Fixtures | **$9,300.00** | | **$9,300.00** |

---

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page  3

Debtor **Auto Wholesale of Boca, LLC**
_____
Name

Case number _(If known)_ **22-15627-EPK**

---

41. **Office equipment, including all computer equipment and communication systems equipment and software**
    **Computer, software and equipment**      $9,300.00      $9,300.00

---

42. **Collectibles** _Examples_: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**      $28,000.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2017 Ferrari F12 Berlinetta**<br>**VIN No. 1036** | $244,600.00 | | $244,600.00 |
| 47.2. **2019 Aston Martin DB11 Volante**<br>**VIN No. 7671** | $150,000.00 | | $150,000.00 |
| 47.3. **2020 Lamborghini Urus**<br>**VIN No. 6529** | $185,000.00 | | $185,000.00 |
| 47.4. **2020 Mercedes G63**<br>**VIN No. 6462** | $175,000.00 | | $175,000.00 |
| 47.5. **2019 BMW X7**<br>**VIN No. 9222** | $57,100.00 | | $57,100.00 |
| 47.6. **2019 GMC Yukon**<br>**VIN No. 4378** | $100.00 | | $100.00 |
| 47.7. **2018 MClaren 720S**<br>**VIN No. 0506** | $180,000.00 | | $180,000.00 |

Debtor  **Auto Wholesale of Boca, LLC**
Name

Case number *(If known)* **22-15627-EPK**

| | | | | |
|---|---|---|---|---|
| 47.8. | **2021 Mercedes G Wagon** VIN No. 0328 | $175,000.00 | | $175,000.00 |
| 47.9. | **2020 Mercedes G63** VIN No. 2080 | $175,000.00 | | $175,000.00 |
| 47.10· | **2008 Porsche 911** VIN No. 3176 | $37,800.00 | | $37,800.00 |
| 47.11· | **2020 MClaren 720S** VIN No. 4229 | $273,000.00 | | $273,000.00 |
| 47.12· | **2019 Lamborghini Urus** VIN No. 1961 | $100.00 | | $100.00 |
| 47.13· | **2020 Ferrari 812 Superfast** VIN No. 4963 | $435,500.00 | | $434,500.00 |
| 47.14· | **2018 Cadillac Escalade** VIN No. 1612 | $32,500.00 | | $32,500.00 |
| 47.15· | **2013 Ferrari 458 Italia** VIN No. 1526 | $191,000.00 | | $191,000.00 |
| 47.16· | **2021 Jeep Gladiator** VIN No. 1540 | $39,500.00 | | $39,500.00 |
| 47.17· | **2020 Lamborghini Huracan** VIN No. 4316 | $271,000.00 | | $271,000.00 |
| 47.18· | **2019 MClaren 720S** VIN No. 3714 | $260,000.00 | | $260,000.00 |
| 47.19· | **2020 Mercedes G Class** VIN No. 4940 | $175,000.00 | | $175,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Battery chargers**  $200.00  $200.00

51.  **Total of Part 8.**  $3,056,400.00

Add lines 47 through 50.  Copy the total to line 87.

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 5

| Debtor | **Auto Wholesale of Boca, LLC** | Case number *(If known)* **22-15627-EPK** |
|---|---|---|
| | Name | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **5471, LLC**<br>**5471 North Dixie Highway**<br>**Boca Raton, FL 33487** | **Commercial Lease** | **$0.00** | | Unknown |
| 55.2.  **SC&J II, LLC**<br>**6560 West Rogers Circle, Suite 27**<br>**Boca Raton, FL 33487** | **Commercial Lease** | **$0.00** | | Unknown |

56. **Total of Part 9.**                                                                      **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

Debtor    **Auto Wholesale of Boca, LLC**                                  Case number *(If known)*  **22-15627-EPK**
          Name

| | | | |
|---|---|---|---|
| 61. | **Internet domain names and websites** | | |
| 62. | **Licenses, franchises, and royalties** | | |
| | **State of Florida Motor Vehicle License** | **$1.00** | **$1.00** |
| | **Department of Finance Motor Vehicle Retail Installment Seller License** | **$1.00** | **$1.00** |
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| 64. | **Other intangibles, or intellectual property** | | |
| 65. | **Goodwill** | | |

66.    **Total of Part 10.**                                                                    **$2.00**

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | | | |
| | **Automobile Titles for missing autos of Debtor.** **2018 Mercedes Metris VIN x6588.** | 2.00 Total face amount | − 1.00 doubtful or uncollectible amount = | **$1.00** |
| | **Automobile Titles for missing autos of Debtor.** **2021 Rolls Royce Cullinan VIN x4097.** | 2.00 Total face amount | − 1.00 doubtful or uncollectible amount = | **$1.00** |
| | **Automobile Titles for missing autos of Debtor.** **2016 Ford Rhino VIN x8666.** | 2.00 Total face amount | − 1.00 doubtful or uncollectible amount = | **$1.00** |

Debtor    **Auto Wholesale of Boca, LLC**          Case number *(If known)* **22-15627-EPK**
          Name

| | | | |
|---|---|---|---|
| **Automobile Titles for missing autos of Debtor.** **2021 Lamborghini Urus VIN x2270.** | **2.00** <br> Total face amount | - **1.00** <br> doubtful or uncollectible amount | = $1.00 |
| **Automobile Titles for missing autos of Debtor.** **2012 Lamborghini Aventador VIN x0244.** | **2.00** <br> Total face amount | - **1.00** <br> doubtful or uncollectible amount | = $1.00 |
| **Automobile Titles for missing autos of Debtor.** **2018 MClaren 720S VIN x1804.** | **2.00** <br> Total face amount | - **1.00** <br> doubtful or uncollectible amount | = $1.00 |
| **Automobile Titles for missing autos of Debtor.** **2021 Ferrari 812 VIN x1176** | **2.00** <br> Total face amount | - **1.00** <br> doubtful or uncollectible amount | = $1.00 |
| **Automobile Titles for missing autos of Debtor.** **2019 Ferrari 488 Pista VIN x5966.** | **2.00** <br> Total face amount | - **1.00** <br> doubtful or uncollectible amount | = $1.00 |
| **Automobile Titles for missing autos of Debtor.** **2018 Lamborghini Huracan VIN x1207.** | **2.00** <br> Total face amount | - **1.00** <br> doubtful or uncollectible amount | = $1.00 |
| **Automobile Titles for missing autos of Debtor.** **2017 Lamborghini Huracan VIN x8121.** | **2.00** <br> Total face amount | - **1.00** <br> doubtful or uncollectible amount | = $1.00 |

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**
      **Legal and Equitable claims remedies against:**
      **Ed Brown, Abby Lippman, Derek Stephens, Frank Evans, Scott Zankl, Kristen Zankl, Karma of Palm Beach, Inc., Karma of Broward, Inc., Excel Auto Group, LLC, Luxury Lease Company, FVP Opportunity Fund III, FVP Servicing, LLC and Hi Bar Capital, LLC.**                                                                          **Unknown**

      | Nature of claim | **Legal and Equitable claims remedies** |
      |---|---|
      | Amount requested | **$0.00** |

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 8

Debtor   **Auto Wholesale of Boca, LLC**                    Case number *(If known)*  **22-15627-EPK**
            Name

**Kurkin Forehand Brandes LLP**                                              **Unknown**

| Nature of claim | **Legal Claim** | |
|---|---|---|
| **Amount requested** | | **$0.00** |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                         $10.00

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 9

Debtor    **Auto Wholesale of Boca, LLC**                                  Case number *(If known)*  **22-15627-EPK**
              Name

---

| Part 12: | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $414,784.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $33,468.64 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $28,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,056,400.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $10.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,532,664.96 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,532,664.96 |