

**ORDERED in the Southern District of Florida on September 28, 2022.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,

      Debtor-in-Possession.    /

FVP OPPORTUNITY FUND III, LP, a
Delaware limited partnership; FVP
INVESTMENTS, LLC, a Delaware
limited liability company; and FVP
SERVICING, LLC, a Delaware limited
liability company,

Plaintiffs,

vs.

AUTO WHOLESALE OF BOCA, LLC,

Defendant.
_____/

Case No.: 22- 15627-EPK
Chapter 11 Subchapter V

Adversary Case NO.: 22-01218-EPK

**AGREED ORDER GRANTING
DEBTOR'S/DEFENDANT's UNOPPOSED MOTION TO EXTEND TIME TO RESPOND
TO THIRD AMENDED COMPLAINT**

This matter came on before the Court for consideration of the

*Debtor's/Defendant's Unopposed Motion To Extend Time To Respond to Third*

*Amended Complaint* [ECF No.73] (the "***Motion***") and the Court, noting agreement to the

requested relief, finding good cause shown, and based upon the record, does hereby

**ORDER** and **ADJUDGE** that –

1. The ***Motion*** [ECF No. 73] is **GRANTED**, and, the Debtor/Defendant, Auto

   Wholesale of Boca, LLC, has an extension of time through and including

   October 7th, 2022, within which to timely file and serve a response to the

   *Third Amended Complaint* [ECF No.59].

###

Submitted by:
JAMES B. MILLER, P.A.
***Counsel for Debtor/Defendant***
19 West Flagler St., Suite 416
Miami, Florida 33130
T. 305.374.0200
F.  305.374.0250
EMAIL: BKCMIAMI@GMAIL.COM

(**Attorney Miller** shall file a certificate of service as to this *Order*)

Copies to (*via* CM/ECF):
-Eyal Berger, Esq. on behalf of Defendant Edward Brown
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
-Jerrell A Breslin on behalf of Plaintiff FVP Investments, LLC  jb@richardbaronlaw.com
-Jerrell A Breslin on behalf of Plaintiff FVP Opportunity Fund III, LP jb@richardbaronlaw.com
-Jerrell A Breslin on behalf of Plaintiff FVP Servicing, LLC jb@richardbaronlaw.com
-Patrick R Dorsey on behalf of Creditor Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC
pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
-Scott C Gherman on behalf of Intervenor Express Emergency Services, Inc.
sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Intervenor Farache Enterprises Inc. sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Intervenor M & M Development Consultants LLC. sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Intervenor MMS Ultimate Services Inc. sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Intervenor Mazel Tov Inc sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Intervenor Pompano 2009 LLC sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Intervenor Chase Farache sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Intervenor Lisa Farache sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Intervenor-Plaintiff Moshe Farache sgherman@scottghermanpa.com
-Amanda Klopp on behalf of Defendant Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
-Linda Marie Leali on behalf of Trustee Linda Leali
trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com
-James B Miller on behalf of Defendant Auto Wholesale of Boca, LLC bkcmiami@gmail.com
-Bradley S Shraiberg on behalf of Creditor Franklin Capital Funding, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
-David R. Softness on behalf of Plaintiff FVP Investments, LLC
david@softnesslaw.com
-David R. Softness on behalf of Plaintiff FVP Opportunity Fund III, LP david@softnesslaw.com
-David R. Softness on behalf of Plaintiff FVP Servicing, LLC david@softnesslaw.com
-Harry Winderman on behalf of Interested Party Karma of Broward, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Harry Winderman on behalf of Interested Party Karma of Palm Beach, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Mark J Wolfson, Esq on behalf of Plaintiff Hi Bar Capital, LLC mwolfson@foley.com, crowell@foley.com