UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22- 15627-EPK
                                                Chapter 11 Subchapter V

　　　　Debtor-in-Possession.　　　/
FVP OPPORTUNITY FUND III, LP, a
Delaware limited partnership; FVP
INVESTMENTS, LLC, a Delaware
limited liability company; and FVP
SERVICING, LLC, a Delaware limited
liability company,

Plaintiffs,

vs.                                             Adv. Proc. No..: 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC,

Defendant.
_____/

## DEBTOR'S/DEFENDANT'S RULE 26(A)(1) INITIAL DISCLOSURES

        Comes Now, Debtor/Defendant, Auto Wholesale of Boca LLC, "Debtor" herein, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 26(a)(1) and files and serves their *Initial Disclosures* as follows:

**I.  Name, and if known, the address and telephone number of each individual likely to have discoverable information — along with the subjects of that information — that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:**

   a.  Moshe Farache
       6560 West Rogers Circle, Suite B27
       Boca Raton, FL 33487
       Knowledge of all issues raised in the pleadings in this Adversary Proceeding and inventory.

   b.  Michele Martin
       6560 West Rogers Circle, Suite B26
       Boca Raton, FL 33487

Internal bookkeeping for Debtor and transactions with Excell, KPB, KB and the Zankls and inventory.

c.  Nidia Leiva
5761 Fox Hollow Dr., Unit G
Boca Ratom FL 33486

Knowledge as to transactions between Debtor and Excell, KB and KPB and inventory.

d.  Alana Bailey
1616 NE 30th St.
Pompano Beach, FL 33-64

Knowledge as to transactions between Debtor and Excell, KB and KPB; and, inventory.

e.  Teddi Sofoul
1715 SW 19 Court
Boynton Beach, FL 33426
Miami, FL 33131

Knowledge as to transactions between Debtor and Excell, KB and KPB and inventory.

f.  Mayara Cardoso
Unknown address
Knowledge as to transactions between Debtor and Excell, KB and KPB and inventory.

g.  Scott Gherman
902 Clint Moore Rd., #120
Boca Raton, FL 33487

Knowledge as to notes, security agreements, UCC's, Landlord Agreement.

h.  Rob O'Connel
5471 N. Dixie Hwy
Boca Raton, FL 33487

Knowledge of fraudulent documents provided by Zankl to FVP and wrongful actions by Zankl and related entities contro9lled by Zankl.

i.  Ed Brown
152 Bears Club Dr.
Jupiter FL 33477

Brown was a partner at Excell (per Zankl), who was familiar with Zankl's operations and invested in them.

j.  Ken Goodman
1928 Thatch Palm Dr.
Boca Raton, FL 33432

Knowledge as to G Wagon VIN #xx0328 as to Zankls and their activities was an investor in Zankl entities.

k.  Richard Greenberg
7120 Lionshead Ln
Boca Raton, FL 33496

Knowledge as to wrongful acts of Zankls and automobile Arby Lipman purchased.

l.  Arby Lipman
c/o Attorney Corey Mauro
1001 Yamato Rd., Suite 401
Boca Raton, FL 33431

Knowledge as to wrongful acts of Zankls and automobile Arbvy Lipman purchased.

m. Graves Directional Drilling Inc.
Person Most Knowledgeable
7670 Circle Dr.
Young Harris, GA 30582

Knowledge as to wrongful acts of Zankls and automobile purchased by Graves.

n.  Frank Evans
4501 N. Ocean Blvd., TH#3
Boca Raton, FL 33431

Knowledge as to wrongful acts of Zankls and automobile purchased by Evans.

o.  Derek Stephens
1221 Hilsboro Mile, 17C
Hillsboro, FL 33062

Knowledge as to transactions with regards to automobiles of Derek Stephens

p.  C&K Auto Import South
Attn: Joshua
1210 S. Andrews Ave.
Pompano Beach, FL 33069

Knowledge as to Urus (VINxx1961)and Zankl fraud.

q.  Chad Scott Zankin
9098 Pintura Way
Boca Raton, FL 33496

Knowledge of Zankl fraud in auto transactions

r.  Franklin Capital
Corp. Rep
c/o Attorney Brad Shraiberg

Knowledge of fraud by Hi Bar, lack of value by Hi Bar, no lien by Hi Bar, lack of standing by Hi Bar and FVP

s.  Gustavo Leiva
5761 Fox Hollow Dr., Unit G
Boca Ratom FL 33486

Knowledge as to transactions between Debtor and Excell, KB and KPB and inventory.

t.  Wagner Alemao
Unknown address

Knowledge as to transactions between Debtor and Excell, KB and KPB and inventory.

u.  Stacy Sofoul
1715 SW 19 Court
Boynton Beach, FL 33426
Miami, FL 33131

Knowledge as to false claims of purported duress and threats in late March and early April 2-022.

v.  Charles Healy
5471 N Dixie Hwy
Boca Raton, FL 33487

Knowledge of Zankl forgeries and fraud and records of Zankl affiliates and related entities.

w. Records Custodian
Bank United

Bank records of Debtor.

x. Records Custodian
TD Bank

Bank records of Debtor.

y. Records Custodian
DEBTOR

Business records of Debtor.

z. Expert – not yet retained but as needed.

aa. As discovery progresses, other witnesses may be identified.

bb. Witnesses disclosed in Plaintiffs;,and intervenors', Initial Disclosures, subject to Debtor's objections (if any).

cc. Rebuttal and impeachment witnesses.

dd. Debtor reserves the right to amend and supplement this list as the discovery process progresses.

II. **Description by category and location of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:**

A. All of Debtor's bankruptcy court filings (in the Parent Case and/or the Adversary Proceeding)
B. Transcripts of any hearings in the Parent Case and/or this Adversary Proceeding.
C. Section 341 meeting transcript(s) in the AWB Bankruptcy Case and the Excell Auto Group Bankruptcy Case.
D. All pleadings, filings and court dockets in the Adversary Proceeding and the Parent Case
E. All pleadings, filings and court dockets in the Bankruptcy Case of Excell Auto Group and any Adversary Proceedings therein.
F. All court filings in any litigation by and/or between Hi Bar and Excell Auto Group.

G. Court filings in any litigation filed by or against Plaintiffs in any action.

H. Records and documents of Spin Capital in reference to any merchant cash advance agreements, loans, debts, asset purchases involving Spin Capital and/or any entity affiliated with any of the Zankls.

I. Records and documents of Hi Bar in reference to any merchant cash advance agreements, loans, debts, asset purchases involving Hi Bar and/or any entity affiliated with any of the Zankls.

J. Records and documents of Plaintiffs in reference to any merchant cash advance agreements, loans, debts, asset purchases involving Plaintiffs and/or any entity affiliated with any of the Zankls.

K. Records and documents of Franklin in reference to any merchant cash advance agreements, loans, debts, asset purchases involving Franklin and/or any entity affiliated with any of the Zankls.

L. Records and documents reflecting the purported debts owed to Plaintiffs, FVP, by Excell Auto Group, Scott Zankl, Kristen Zankl, Karma of Palm Beach and/or Karma of Broward and any other entities affiliated with Scott and/or Kristen Zankl

M. Records and documents reflecting the purported debts owed to Plaintiffs, Hi Bar, by Excell Auto Group, Scott Zankl, Kristen Zankl, Karma of Palm Beach and/or Karma of Broward and any other entities affiliated with Scott and/or Kristen Zankl

N. Records and documents reflecting the purported debts owed to Franklin by Excell Auto Group, Scott Zankl, Kristen Zankl, Karma of Palm Beach and/or Karma of Broward and any other entities affiliated with Scott and/or Kristen Zankl

O. All discovery requests and responses (including subpoenas as well) and the like in the Parent Case and/or the Adversary Proceeding.

P. Deposition, 2004 examination transcripts and 7030 examination transcripts of any witnesses, in any cases (federal, bankruptcy or state).

Q. Bank records and other documents of Debtor relating to the sued-upon matters.

R. Records and documents relating, referring and/or reflecting the transactions involving the issues raised in this matter.

S. Debtor's US Income Tax returns.

T. Debtor's inventory lists.

U. All titles, bills of sale, title applications and transfer documents, UCC1's, notes, security agreements and other documents and records reflecting Debtor's lien interests in and ownership of disputed vehicles, titles and proceeds.

V. All documents produced by the Creditor, as well as any produced by third parties.

W. All tax returns, financial records, general ledgers, accounting records and the like of the Debtor.

X. Debtor's discovery requests (formal and informal) upon Creditor and all responses thereto.

Y. Expert report(s), to the extent determined necessary.

Z. Any documents supporting Debtor's position in regards to the matters raised in the pleadings.

AA. Those documents listed above will be made available for inspection on a mutually convenient date at a mutually agreeable time or otherwise made available for download *via* an electronic link or links.

BB. Plaintiff reserves the right to amend and supplement this list as the discovery process progresses.

**III. Computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:**

A. Unknown.

B. Plaintiff reserves the right to amend and supplement this list when the discovery process has been completed.

**IV. Existence of insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

A. None

Respectfully submitted,

Debtor's/Defendant's Counsel
19 West Flagler Street, Suite 416
Miami, FL 33130
Telephone: (305) 374-0200
Facsimile: (305) 374-0250
Email: jbm@title11law.com

By:_____/s/_____
JAMES B. MILLER
Fla. Bar No. 0009164

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that a true and correct copy of this Disclosure has been served this 28th day of September, 2022, *via* CM/ECF Service in pdf format upon those identified below *via* CM/ECF

.

By:_____/s/_____
JAMES B. MILLER
Fla. Bar No. 0009164

## <u>CERTIFICATE OF ADMISSION</u>

**I HEREBY** certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A**).**

By:_____/s/_____
JAMES B. MILLER
Fla. Bar No. 0009164

**CM/ECF Service List:**
-Eyal Berger, Esq. on behalf of Defendant Edward Brown
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
-Jerrell A Breslin on behalf of Plaintiff FVP Investments, LLC jb@richardbaronlaw.com
-Jerrell A Breslin on behalf of Plaintiff FVP Opportunity Fund III, LP   jb@richardbaronlaw.com
-Jerrell A Breslin on behalf of Plaintiff FVP Servicing, LLC   jb@richardbaronlaw.com
-Patrick R Dorsey on behalf of Creditor Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC
pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
-Scott C Gherman on behalf of Intervenor Express Emergency Services, Inc. sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Intervenor Farache Enterprises Inc. sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Intervenor M & M Development Consultants LLC
sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Intervenor MMS Ultimate Services Inc. sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Intervenor Mazel Tov Inc sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Intervenor Pompano 2009 LLC sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Intervenor Chase Farache sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Intervenor Lisa Farache sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Intervenor-Plaintiff Moshe Farache sgherman@scottghermanpa.com
-Amanda Klopp on behalf of Defendant Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
-Linda Marie Leali on behalf of Trustee Linda Leali
trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
-James B Miller on behalf of Defendant Auto Wholesale of Boca, LLC bkcmiami@gmail.com
-Bradley S Shraiberg on behalf of Creditor Franklin Capital Funding, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
-David R. Softness on behalf of Plaintiff FVP Investments, LLC david@softnesslaw.com
-David R. Softness on behalf of Plaintiff FVP Opportunity Fund III, LP david@softnesslaw.com
-David R. Softness on behalf of Plaintiff FVP Servicing, LLC david@softnesslaw.com
-Harry Winderman on behalf of Interested Party Karma of Broward, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Harry Winderman on behalf of Interested Party Karma of Palm Beach, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Mark J Wolfson, Esq on behalf of Plaintiff Hi Bar Capital, LLC mwolfson@foley.com, crowell@foley.com