**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
**www.flsb.uscourts.gov**

In re:                                                          Case No. 22-15627-EPK
AUTO WHOLESALE OF BOCA, INC.
                                                               Chapter 11
     Debtor.

_____/

FVP OPPORTUNITY FUND III, LLP, et al.,

     Plaintiffs,                                    Adv. Proc. No. 22-01218-EPK
v.

AUTO WHOLESALE OF BOCA, LLC,
and EDWARD BROWN,

     Defendants.

_____/

<u>**EDWARD BROWN'S INITIAL DISCLOSURES**</u>

COMES NOW EDWARD BROWN ("Brown"), by and through undersigned counsel, and

files these Initial Disclosures pursuant to this Court's Order Setting Filing and Disclosure

Requirements for Pretrial and Trial (ECF No. 49), as follows:

<u>INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION</u>

1.     Scott Zankl
     16937 Pierre Cir.
     Delray Beach, FL 33446

2.     Kirsten Zankl
     16937 Pierre Cir.
     Delray Beach, FL 33446

3.     Edward Brown
     c/o Akerman LLP
     201 East Las Olas Boulevard, Suite 1800
     Fort Lauderdale, FL 33301
     (954) 463-2700

66612981;1

4.      Corporate representative of FVP Opportunity Fund III, LP
c/o Jerrell A. Breslin, Esq.
Baron, Breslin & Sarmiento
The DuPont Building
169 East Flagler Street, #700
Miami, Florida 33131
Phone: (305) 577-4626

5.      Corporate representative of Hi Bar Capital LLC
Mark J Wolfson, Esq
100 N Tampa St # 2700
Tampa, FL 33602
(813) 229-2300

6.      Moshe Farache
c/o Scott C Gherman
902 Clint Moore Rd Ste 120
Boca Raton, FL 33487
561-757-6266

7.      Corporate representative of Auto Wholesale of Boca, LLC
James B Miller
19 W Flagler St #416
Miami, FL 33130
(305) 374-0200

8.      Any witness identified, called or listed by Plaintiff, Defendants, or Intervenors.

9.      Any witness listed on Plaintiff's, Defendant's, or Intervenors' initial disclosures.

10.     Any witness necessary for authentication.

11.     Any witness called or listed in any related case.

12.     Rebuttal and impeachment witnesses as necessary.

13.     Any additional experts listed, disclosed or called by Plaintiff, Defendants, or

Intervenors in this case or any related case.

14.     Brown reserves the right to list additional witnesses based upon further discovery.

2

## DOCUMENTS

1.    Dealer jacket, purchase agreement, buyer's guide, certificate of title application, delivery checklist, and all other sale transaction documents for sale of two (2) vehicles described as a 2021 Rolls Royce Cullinan White, VIN: SLATV8C09MU204097 and a 2021 Lamborghini Urus White, VIN, ZPBUA1ZL1MLA12270 ("Vehicles") to Ashley Brown and Edward Brown, respectively.

2.    Certificate of title, and all other sale transaction documents for the vehicle 2019 Rolls Royce Cullinan White VIN SLA689X57KU113682 that Brown traded in to purchase the 2021 Rolls Royce Cullinan White, VIN: SLATV8C09MU204097, and any other vehicles traded in by Brown to purchase such trade-in.

3.    Bank statements and all other financial records of Excell Auto Group and/or Karma of Palm Beach Inc., and Brown, showing the consideration paid for the Vehicles, and any trade-ins to acquire the Vehicles.

4.    All documents listed or introduced by Plaintiffs, Defendants, or Intervenors.

5.    All documents listed as exhibits by any other party to this action.

6.    All documents and pleadings produced, obtained through discovery, introduced or filed in this or in any related case, and/or state court action by any party.

7.    All transcripts of any deposition taken by any party in this or any related case and/or state court action.

8.    All documents in possession of third parties who are subpoenaed for trial and/or subsequent depositions.

9.    Impeachment and rebuttal exhibits as necessary.

10. Brown reserves the right to list additional documents based upon further discovery.

## DAMAGES

1. Brown does not seek damages against Plaintiffs in this adversary proceeding, except to the extent of potential costs.

## INSURANCE

1. Brown is unaware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated: September 29, 2022

Respectfully submitted,

By */s/ Amanda Klopp*
Eyal Berger, Esq.
Florida Bar No. 11069
Amanda Klopp, Esq.
Florida Bar No. 124156
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Tel: 954-463-2700
Fax: 954-463-2224
Email:  eyal.berger@akerman.com
Email: amanda.klopp@akerman.com

*Counsel for Ed Brown*

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that on September 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: */s/ Amanda Klopp*
Amanda Klopp, Esq.