

**ORDERED in the Southern District of Florida on October 5, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 22-15627-EPK** |
| **AUTO WHOLESALE OF BOCA, LLC,** | **Chapter 11** |
|     **Debtor.** | |
| _____/ | |
| **FVP OPPORTUNITY FUND III, LP, et al.** | **Adv. Pro. No. 22-01218-EPK** |
|     **Plaintiffs,** | |
| **v.** | |
| **AUTO WHOLESALE OF BOCA, LLC,** | |
|     **Defendant.** | |
| _____/ | |

## ORDER SETTING SCHEDULING CONFERENCE

This matter came before the Court for status conference on October 4, 2022. This adversary proceeding has been set for a pretrial conference on December 14, 2022, by the *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 49] (the "Existing Scheduling Order"). Since then, the plaintiffs have amended the complaint to add

a defendant, and the Court granted two motions to intervene at hearings on October 4, 2022. In light of these developments, and for the reasons stated on the record, it is ORDERED and ADJUDGED:

1.      The Court will hold a scheduling conference in this adversary proceeding on **October 26, 2022, at 1:30 p.m.** at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401.  Although the Court will conduct the scheduling conference in person, any interested party may choose to attend the scheduling conference remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the scheduling conference remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the scheduling conference.  To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.
If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

2.      At the scheduling conference, the Court will re-set all deadlines in this case. Following the scheduling conference, the Court will enter one pretrial scheduling order which shall apply to all parties in this adversary proceeding, and will replace the Existing Scheduling Order.

3.      All parties in this adversary proceeding shall meet and discuss, prior to the October 26 scheduling conference, proposed deadlines for:

a.      initial disclosures required by Fed. R. Civ. P., 26(a)(1);

b.      the completion of discovery;

     c.     expert disclosures as required by Fed. R. Civ. P. 26(a)(2) and the completion of expert discovery (if applicable);

     d.     filing motions to join additional parties and motions to amend the pleadings;

     e.     filing motions for judgment on the pleadings, motions for summary judgment, motions *in limine*, and Fed. R. Evid. 702 motions;

     f.     conducting mediation;

     g.     pretrial disclosures as required by Red. R. Civ. P. 26(a)(3)(A); and

     h.     a final pretrial conference.

3. The parties shall announce the proposed deadlines at the scheduling conference.

4. Failure to comply with any provision of this order or failure to appear at the scheduling conference may result in appropriate sanctions.

5. Pending its replacement, the Existing Scheduling Order [ECF No. 49] remains in full force and effect.

6. The scheduling conference currently set for December 14, 2022, by ECF No. 61 is cancelled. ECF No. 61 remains in full force and effect to the extent not inconsistent with this Order. All parties are advised to closely review the deadlines set in ECF No. 61.

###

Copies furnished to:

David S. Softness, Esq.

*David S. Softness, Esq. shall serve a conformed copy of this order upon the defendant(s) and shall file a Certificate of Service of same with the Clerk of Court.*