**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

AUTO WHOLESALE OF BOCA, LLC,                     Case No.: 22-15627-EPK

     Debtor.

_____/

FVP OPPORTUNITY FUND III, LP, a
Delaware limited partnership; FVP
INVESTMENTS, LLC, a Delaware limited
liability company; and FVP SERVICING,
LLC, a Delaware limited liability company;
and HI BAR CAPITAL, LLC, a New York
Limited Liability Company.

     Adversary Plaintiffs,

vs.                                                                      Adversary Case No.: 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC,

     Adversary Defendant.

_____/

### ADVERSARY PLAINTIFF HI BAR CAPITAL'S INITIAL EXPERT WITNESS DISCLOSURES
### FED. R. CIV. P. 26(a)(2)(A)

COMES NOW, the Adversary Plaintiff, Hi Bar Capital, LLC ("Hi Bar") and hereby makes

its initial expert disclosures required by Rule 26(a)(2)(A), Fed. R. Civ. P., by adopting the same

disclosures as Adversary Plaintiff's FVP Opportunity Fund III, LP, FVP Investments LLC, and

FVP Servicing, LLC, filed October 14, 2022 (DE 100).

Hi Bar reserves the right to supplement these disclosures as discovery continues in the case.

Dated October 17, 2022.

4862-6534-3802.1

*/s/ Mark J. Wolfson*
Mark J. Wolfson, Esq. (FBN 0352756)
FOLEY & LARDNER LLP
100 N. Tampa Street
Suite 2700 Tampa
Florida 33602
(813) 229-2300 (telephone)
(813) 221-4210 (facsimile)
Primary email:  mwolfson@foley.com
Secondary email:  crowell@foley.com


Ezequiel J. Romero, Esq.
Bryan Cave Leighton Paisner LLP
200 South Biscayne Blvd. Suite 400
Miami, FL 33131
Primary email: romeroe@bclplaw.com
(786) 322-7500

Counsel for Hi Bar Capital, LLC


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 17, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF who will send notification to those registered recipients.

*/s/ Mark J. Wolfson*
Attorney