

**ORDERED in the Southern District of Florida on October 21, 2022.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22-15627-EPK

                                                Chapter 11
                  Debtor.                       Subchapter V
_____/

FVP OPPORTUNITY FUND III, LP, a
Delaware limited partnership; FVP
INVESTMENTS, LLC, a Delaware
limited liability company; FVP
SERVICING, LLC, a Delaware limited
liability company; and HI BAR CAPITAL,
LLC, a New York limited liability company,

          Plaintiffs.

v.                                              Adv. Proc. No. 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC and
EDWARD BROWN,

          Defendants.
_____/

{2425/000/00546579}

## ORDER GRANTING MOTIONS TO INTERVENE AND
## DIRECTING PLAINTIFFS TO FILE AMENDED COMPLAINT

**THIS MATTER** came before the Court for hearing on October 4, 2022, upon the *Motion to Intervene* [ECF No. 56] filed by Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC ("Franklin"), and the *Motion to Intervene* [ECF No. 74] (together, the "Motions") filed by Karma of Broward, Inc. and Karma of Palm Beach, Inc. (together, the "Karma Entities").  The Court having reviewed the Motions, having heard the arguments of counsel, and for the reasons stated on the record, which are incorporated herein by reference, it is

**ORDERED AND ADJUDGED** as follows:

1.      The Motions [ECF Nos. 56 and 74] are **GRANTED** as set forth below.

2.      Franklin and the Karma Entities may each intervene in this adversary proceeding as a matter of right pursuant to Fed. R. Civ. P. 24(a).

3.      Upon the agreement of the parties, Plaintiffs, FVP Opportunity Fund III, LP, FVP Investments, LLC and FVP Servicing, LLC (together, "FVP") and Hi Bar Capital, LLC ("Hi Bar"), as applicable, shall file a fourth amended complaint (the "Fourth Amended Complaint") on or before October 24, 2022, i.e. two days prior to the October 26, 2022 scheduling conference.  *See* ECF No. 91.

4.      Franklin, the Karma Entities, Auto Wholesale of Boca, LLC, Edward Brown, and Hi Bar, if and as applicable, any other defendants named in the respective pleadings, shall respond to the Fourth Amended Complaint within the timeframe set forth in Fed. R. Civ. P. 15(a)(3).

5.      Alternatively, the parties may, by agreement, file a joint and consolidated pleading which contains all of the respective claims that each party may have against each other as it pertains to the ownership of the vehicles claimed as part of the bankruptcy estate, or otherwise claimed by the parties in this action.  The joint and consolidated pleading shall include the claims that the

parties may have against each other as they pertain to the priority of the claimed security interests in the vehicles in the event that this Court determines that the vehicles are properly part of the bankruptcy estate.

###

SUBMITTED BY:

Patrick Dorsey, Esq.
**SHRAIBERG PAGE, P.A.**
Attorneys for Franklin
2385 NW Executive Center Drive, No. 300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email:  pdorsey@slp.law

Patrick Dorsey, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.