

**ORDERED in the Southern District of Florida on October 24, 2022.**



**Erik P. Kimball, Judge**
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

**AUTO WHOLESALE OF BOCA, LLC,**          Case No.: 22-15627-EPK

    Debtor.
_____/

**FVP OPPORTUNITY FUND III, LP**, a          **ADVERSARY PROCEEDING**
Delaware limited partnership; **FVP**          **CASE NO.: 22-01218-EPK**
**INVESTMENTS, LLC,** a Delaware
limited liability company; and **FVP**
**SERVICING, LLC**, a Delaware limited
liability company, **HI BAR CAPITAL,**
**LLC**, a New York limited liability
company; **WING LAKE CAPITAL**
**PARTNERS; KARMA OF PALM**
**BEACH, INC** and **KARMA OF**
**BROWARD, INC.,**

    Plaintiffs,

vs.

**AUTO WHOLESALE OF BOCA, LLC**,
and **EDWARD BROWN**,

    Defendants.
_____/

## <u>ORDER GRANTING FVP PLAINTIFFS' *EX PARTE UNOPPOSED* MOTION TO CONTINUE EVIDENTIARY HEARING RE TRUST FUNDS</u>

**THIS CAUSE** came before the Court *ex parte* upon the motion of the Plaintiffs, FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing") (collectively, the "FVP Plaintiffs") seeking an Order of this Court continuing the "Evidentiary Hearing"[1] (CP # 106, the "Motion") and the Court having considered the Motion and the Court's entire file, it appearing that the Debtor/Defendant Auto Wholesale of Boca, LLC, is the sole party interested in the dispute at issue and has agreed to the relief sought, and it further appearing that the consideration of the Motion is appropriately done *ex parte* pursuant to Local Rule 9013-1(C)(1), good cause appearing, and the Court being fully advised, does hereby Find and Order as follows:

1.      The Evidentiary Hearing on the Trust Fund Motion, which is presently set for Friday, October 28, 2022 at 9:30 a.m., is continued to the Court's non-evidentiary calendar on <u>Wednesday, January 11, 2023, at 9:30 a.m.</u> (the "Continued Hearing").

2.      At the Continued Hearing, the Court will consider re-setting the Trust Fund Motion to its evidentiary docket.

3.      Prior to the Continued Hearing, the Debtor and/or FVP may request that the Trust Fund Motion be re-set to the Court's evidentiary docket.

4.      The Continued Hearing will be held at the Flagler Waterview Building, 1515 North Flagler Drive, Room 801 Courtroom B, West Palm Beach, FL 33401.

---

[1]      All defined terms in the Motion shall be used in this Order with the same meaning unless expressly indicated otherwise.

5.      Although the Court will conduct the Continued Hearing in person, any interested party may choose to attend the Continued Hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone, if the judge's procedures allow. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhge_ZF90qPJ3uM95E

6.      All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

7.      The movant, or movant's counsel if represented by an attorney, must: (a) serve a copy of this Order and, unless previously served, the above  described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and (b) file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B).

*  *  *

Order Submitted By:

David R. Softness, Esq.
(FBN:  513229)
**DAVID R. SOFTNESS P.A.**
201 South Biscayne Boulevard
Suite 2740
Miami, FL  33131
Tel:          305-341-3111
Email:       david@softnesslaw.com

*Counsel for FVP Plaintiffs*

Attorney Softness is directed to serve this Order on all appropriate parties and to file a certificate of such service.