

**ORDERED in the Southern District of Florida on October 27, 2022.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**                                                                          **Case No. 22-15627-EPK**
                                                                                    **Chapter**
**AUTO WHOLESALE OF BOCA, LLC,**

      **Debtor.**
_____/
**FVP OPPORTUNITY FUND III, LP, et al.,**

      **Plaintiff,**
**v.**
                                                                                    **Adv. Proc. No. 22-01218-EPK**
**AUTO WHOLESALE OF BOCA, LLC, et al.,**

      **Defendant.**
_____/

**ORDER CONTINUING SCHEDULING CONFERENCE AND**
**GRANTING MOTION TO EXTEND TIME TO FILE AMENDED PLEADINGS**

This matter came before the Court on October 26, 2022, for a scheduling conference and a hearing on the *Expedited Agreed Ex Parte Motion to Extend Deadline to File Amended Pleading* [ECF No. 111] (the "Motion") filed by Wing Lake Partners. For the reasons stated on the record, it is ORDERED and ADJUDGED:

1.      The Motion [ECF No. 111] is GRANTED as provided herein.

2. The deadline for all parties to file an amended pleading is extended to November 2, 2022.

3. The Court will hold a continued scheduling conference on **November 16, 2022, at 1:30 p.m.** at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401. Although the Court will conduct the scheduling conference in person, any interested party may choose to attend the scheduling conference remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the scheduling conference remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the scheduling conference. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.
If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

4. At the scheduling conference, the Court will re-set all deadlines in this case. Following the scheduling conference, the Court will enter one pretrial scheduling order which shall apply to all parties in this adversary proceeding and shall replace any existing scheduling orders.

5. All parties in this adversary proceeding shall meet and discuss, prior to the continued scheduling conference, proposed deadlines for:

    a.    initial disclosures required by Fed. R. Civ. P., 26(a)(1);

    b.    the completion of discovery;

    c.    expert disclosures as required by Fed. R. Civ. P. 26(a)(2) and the completion of expert discovery (if applicable);

d.    filing motions to join additional parties and motions to amend the pleadings;

e.    filing motions for judgment on the pleadings, motions for summary judgment, motions *in limine*, and Fed. R. Evid. 702 motions;

f.    conducting mediation;

g.    pretrial disclosures as required by Red. R. Civ. P. 26(a)(3)(A); and

h.    a final pretrial conference.

6.    The parties shall announce the proposed deadlines at the scheduling conference.

7.    Failure to comply with any provision of this order or failure to appear at the scheduling conference may result in appropriate sanctions.

### 

Copy to:

Jerrell A. Breslin, Esq.

*Jerrell A. Breslin, Esq. is directed to serve a copy of this order on all parties in interest and to file a certificate of service with the Court.*