Debtor __**Auto Wholesale of Boca, LLC**__  Case number *(If known)* __**22-15627-EPK**__
Name

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**
**Computer, software and equipment**  $9,300.00  $9,300.00

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**  $28,000.00
Add lines 39 through 42. Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2017 Ferrari F12 Berlinetta**<br>**VIN No. 1036** | $244,600.00 | | $244,600.00 |
| 47.2. **2019 Aston Martin DB11 Volante**<br>**VIN No. 7671** | $150,000.00 | | $150,000.00 |
| 47.3. **2020 Lamborghini Urus**<br>**VIN No. 6529** | $185,000.00 | | $185,000.00 |
| 47.4. **2020 Mercedes G63**<br>**VIN No. 6462** | $175,000.00 | | $175,000.00 |
| 47.5. **2019 BMW X7**<br>**VIN No. 9222** | $57,100.00 | | $57,100.00 |
| 47.6. **2019 GMC Yukon**<br>**VIN No. 4378** | $100.00 | | $100.00 |
| 47.7. **2018 MClaren 720S**<br>**VIN No. 0506** | $180,000.00 | | $180,000.00 |

Debtor  **Auto Wholesale of Boca, LLC**                     Case number *(If known)* **22-15627-EPK**

Name

| | | | | |
|---|---|---|---|---|
| 47.8. | **2021 Mercedes G Wagon** **VIN No. 0328** | **$175,000.00** | | **$175,000.00** |
| 47.9. | **2020 Mercedes G63** **VIN No. 2080** | **$175,000.00** | | **$175,000.00** |
| 47.10. | **2008 Porsche 911** **VIN No. 3176** | **$37,800.00** | | **$37,800.00** |
| 47.11. | **2020 MClaren 720S** **VIN No. 4229** | **$273,000.00** | | **$273,000.00** |
| 47.12. | **2019 Lamborghini Urus** **VIN No. 1961** | **$100.00** | | **$100.00** |
| 47.13. | **2020 Ferrari 812 Superfast** **VIN No. 4963** | **$435,500.00** | | **$434,500.00** |
| 47.14. | **2018 Cadillac Escalade** **VIN No. 1612** | **$32,500.00** | | **$32,500.00** |
| 47.15. | **2013 Ferrari 458 Italia** **VIN No. 1526** | **$191,000.00** | | **$191,000.00** |
| 47.16. | **2021 Jeep Gladiator** **VIN No. 1540** | **$39,500.00** | | **$39,500.00** |
| 47.17. | **2020 Lamborghini Huracan** **VIN No. 4316** | **$271,000.00** | | **$271,000.00** |
| 47.18. | **2019 MClaren 720S** **VIN No. 3714** | **$260,000.00** | | **$260,000.00** |
| 47.19. | **2020 Mercedes G Class** **VIN No. 4940** | **$175,000.00** | | **$175,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    **Battery chargers**                                      **$200.00**                          **$200.00**

51. **Total of Part 8.**                                                                    **$3,056,400.00**

    Add lines 47 through 50.  Copy the total to line 87.