**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

AUTO WHOLESALE OF BOCA, LLC,                Case No.: 22-15627-EPK

  Debtor.

_____/

FVP OPPORTUNITY FUND III, LP;  FVP
INVESTMENTS, LLC; and FVP SERVICING,
LLC,

  Adversary Plaintiffs,

vs.                                         Adversary Case No.: 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC; HI
BAR   CAPITAL,   LLC;   WING   LAKE
PARTNERS   f/k/a   FRANKLIN   CAPITAL
GROUP, LLC; KARMA OF PALM BEACH,
INC.;   KARMA   OF   BROWARD,   INC.;
EXCELL AUTO SPORT AND SERVICE, INC.;
CHAPTER 7 TRUSTEE FOR THE ESTATE OF
EXCELL AUTO GROUP, INC., and EDWARD
BROWN,

  Adversary Defendants, Adversary
  Plaintiffs, Cross Plaintiffs, and
  Cross Defendants.

_____/

KARMA OF PALM BEACH, INC.; a Florida
Corporation; KARMA OF BROWARD, INC., a
Florida Corporation,

  Adversary Plaintiffs,

 vs.

AUTO WHOLESALE OF BOCA, LLC; FVP
OPPORTUNITY   FUND   III,   LP;      FVP
INVESTMENTS,   LLC;   FVP   SERVICING,
LLC;   WING   LAKE   PARTNERS   f/k/a

FRANKLIN CAPITAL GROUP, LLC; KARMA OF PALM BEACH, INC.; KARMA OF BROWARD, INC.; EXCELL AUTO SPORT AND SERVICE, INC; CHAPTER 7 TRUSTEE FOR THE ESTATE OF EXCELL AUTO GROUP, INC., and EDWARD BROWN

  Adversary Defendants, Adversary Plaintiffs, Cross Plaintiffs, and Cross Defendants.

_____/

WING LAKE PARTNERS f/k/a FRANKLIN CAPITAL GROUP, LLC, a Delaware limited liability company,

  Adversary Plaintiff,

 vs.

AUTO WHOLESALE OF BOCA, LLC; FVP OPPORTUNITY FUND III, LP; FVP INVESTMENTS, LLC; FVP SERVICING, LLC; HI BAR CAPITAL, LLC; KARMA OF PALM BEACH, INC.; KARMA OF BROWARD, INC.; EXCELL AUTO SPORT AND SERVICE, INC.; CHAPTER 7 TRUSTEE FOR THE ESTATE OF EXCELL AUTO GROUP, INC., and EDWARD BROWN EDWARD BROWN,

  Adversary Defendants, Adversary Plaintiffs, Cross Plaintiffs, and Cross Defendants.

_____/

HI BAR CAPITAL, LLC, a New York limited liability company,

  Adversary Plaintiff and Cross Defendant,

 vs.

FVP OPPORTUNITY FUND III, LP; FVP INVESTMENTS, LLC; FVP SERVICING, LLC; WING LAKE PARTNERS f/k/a FRANKLIN CAPITAL GROUP, LLC; KARMA OF PALM BEACH, INC.; KARMA OF BROWARD, INC.;

Adversary Defendants and Cross
Plaintiffs,

And

AUTO WHOLESALE OF BOCA, LLC;
EXCELL AUTO SPORT AND SERVICE, INC;
CHAPTER 7 TRUSTEE FOR THE ESTATE OF
EXCELL AUTO GROUP, INC., and EDWARD
BROWN,

Adversary Defendants.

_____/

### THE FVP PARTIES ANSWER AND AFFIRMATIVE DEFENSES TO WING LAKE CLAIMS

COMES NOW FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing"), (collectively "FVP") and hereby file their Answer and Affirmative Defenses to the claims of Wing Lake raised in Count VIII of Part II of the parties Joint Complaint.

FVP denies each and every allegation not specifically admitted herein and demands strict proof thereof as follows:

As to paragraph:

216.    Denied.

217.    Denied.

218.    Denied.

219.    Denied.

220.    Denied.

### AFFIRMATIVE DEFENSES

### ADOPTION AND INCORPORATION BY REFERENCE OF ALLEGATIONS AND EXHIBITS IN THE JOINT ADVERSARY COMPLAINT

The FVP Plaintiffs, pursuant to Fed. R. Civ. P. 10(c) hereby adopt and incorporate by reference all allegations and exhibits filed of record in the FVP Plaintiffs Joint Adversary

Complaint [ECF. 120]  as if fully restated herein in support of this pleading. The FVP Plaintiffs further state as follows:

1.    **First Affirmative Defense. Estoppel.** FVP would state that Wing Lake made a material representation to FVP when it terminated its UCC such that: "(1) a representation as to a material fact that is contrary to a later-asserted position, (2) reliance on that representation, and (3) a change in position detrimental to the party claiming estoppel, caused by the representation and reliance thereon." *Justice Admin. Comm'n v. Berry*, 5 So.3d 696, 699 (Fla. 3d DCA 2009). As such, Wing Lake is estopped from asserting a position superior to FVP in the FVP collateral.

2.    **Second Affirmative Defense. Waiver.** FVP would state that Wing Lake's actions in filing its termination of the financing statement for the express purpose of luring FVP into a false sense of security and proceeding with its loan transaction, Wing Lake waived any rights that it may have to assert a position superior to FVP and Wing Lake is therefore precluded from asserting a position superior to FVP in the FVP collateral.

3.    **Third Affirmative Defense. Failure to State a Cause of Action**. FVP states that Wing Lake has no identifiable claims to any security interest, whether actual or implied, in any of the FVP collateral and Wing Lake is therefore precluded from asserting a position superior to FVP in the FVP collateral.

4.    **Fourth Affirmative Defense. Intentional or Negligent Misrepresentation**. FVP states that Wing Lake made an intentional or negligent misrepresentation to FVP in filing its termination of the financing statement for the express purpose of luring FVP into a false sense of security and proceeding with its loan transaction. FVP justifiably relied on the misrepresentation. Wing Lake is therefore precluded from asserting a position superior to FVP in the FVP collateral.

Dated: November 9, 2022

For the FVP Plaintiffs

| Jerrell A. Breslin, Esq. | David Softness, Esq. |
|---|---|
| Baron, Breslin & Sarmiento | David R. Softness, P.A. |
| The DuPont Building | 201 S. Biscayne Blvd., Ste 2740 |
| 169 East Flagler Street, #700 | Miami, Florida 33131 |
| Miami, Florida 33131 | Phone: (305) 341-3111 |

| | |
|---|---|
| Phone: (305) 577-4626<br>E-mail:  JB@RichardBaronLaw.com<br>EService@RichardBaronLaw.com<br><br>By:     s/ Jerrell Breslin, Esq.<br>         Jerrell Breslin, Esq.<br>          Fla Bar No: 269573 | E-mail:david@softnesslaw.com |
| Jonathan Noah Schwartz, Esq.<br>Florida Bar No. 1014596<br>Jonathan Schwartz Law PLLC<br>10200 NW 25th Street, Suite 111<br>Doral, FL 33172<br>Tel.: (973) 936-2176<br>E-mails:jschwartz@jonschwartzlaw.com<br>JNSEsquire@gmail.com | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that; I electronically filed the foregoing was served via Email electronic transmission under Local Rule 7026 -1 upon those parties and attorneys who are registered with the Court to receive notifications in this matter but not filed of record and by email upon: the office of the US Trustee by serving Heidi A. Feinman, Esq. at Heidi.A.Feinman@usdoj.gov, upon the Subchapter 5 Trustee by serving Linda Leali, Esq. at lleali@lealilaw.com, upon the Debtor/Defendant by serving James B. Miller, Esq. at bkcmiami@gmail.com, upon Karma or Broward, Inc. and Karma of Palm Beach, Inc. by serving Harry Winderman, Esq. at harry4334@hotmail.com, upon Ed Brown by serving Brett Marks, Esq., at brett.marks@akerman.com, and upon Hi Bar by serving Jarret P. Hitchings, Esq., at jarret.hitchings@bclplaw.com for Hi Bar.

/ s/ Jerrell Breslin
Jerrell Breslin, Esq.