

**ORDERED in the Southern District of Florida on November 17, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

**AUTO WHOLESALE OF BOCA, LLC,**

     Debtor.

_____/

**FVP OPPORTUNITY FUND III, LP, et al.,**

     Plaintiffs,

v.

**AUTO WHOLESALE OF BOCA, LLC, et al.,**

     Defendants.

_____/

**Case No. 22-15627-EPK**
**Chapter**




**Adv. Proc. No. 22-01218-EPK**

### ORDER DENYING MOTION TO AMEND, GRANTING LEAVE TO FILE AMENDED PLEADINGS, AND CONTINUING STATUS CONFERENCE

This matter came before the Court on November 16, 2022, for a scheduling conference

and for hearings on the *Order Setting Hearing to Determine Subject Matter Jurisdiction* [ECF

No. 128] and *The FVP, Karma Entities and Wing Lake's Motion for Leave to Amend and to

File a Partial Joint Adversary Complaint* [ECF No. 118] (the "Motion to Amend") filed by the

FVP Plaintiffs[1], Karma of Palm Beach, Karma of Broward, and Wing Lake Partners. For the reasons stated on the record, it is ORDERED and ADJUDGED:

1.    The Motion to Amend [ECF No. 118] is DENIED.

2.    The *Hi Bar Capital, LLC's Amended Cross-Complaint* [ECF No. 121] is stricken.

3.    No later than **December 9, 2022**, the parties may file amended pleadings consistent with the Court's guidance at the November 16, 2022, hearing.

4.    The Court will hold a continued scheduling conference on **December 14, 2022, at 9:30 a.m.** at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401.  Although the Court will conduct the scheduling conference in person, any interested party may choose to attend the scheduling conference remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the scheduling conference remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the scheduling conference.  To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.
If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

5.    At the scheduling conference, the Court will re-set all deadlines in this case. Following the scheduling conference, the Court will enter one pretrial scheduling order which

---

[1] The FVP Plaintiffs are FVP Opportunity Fund III, LP; FVP Servicing, LLC; and FVP Investments, LLC.

shall apply to all parties in this adversary proceeding and shall replace any existing scheduling orders.

6.      All parties in this adversary proceeding shall meet and discuss, prior to the continued scheduling conference, proposed deadlines for:

      a.      initial disclosures required by Fed. R. Civ. P., 26(a)(1);

      b.      the completion of discovery;

      c.      expert disclosures as required by Fed. R. Civ. P. 26(a)(2) and the completion of expert discovery (if applicable);

      d.      filing motions to join additional parties and motions to amend the pleadings;

      e.      filing motions for judgment on the pleadings, motions for summary judgment, motions *in limine*, and Fed. R. Evid. 702 motions;

      f.      conducting mediation;

      g.      pretrial disclosures as required by Red. R. Civ. P. 26(a)(3)(A); and

      h.      a final pretrial conference.

7.      The parties shall announce the proposed deadlines at the scheduling conference.

8.      Failure to comply with any provision of this order or failure to appear at the scheduling conference may result in appropriate sanctions.

###

Copy to:

Jerrell A. Breslin, Esq.

*Jerrell A. Breslin, Esq. is directed to serve a copy of this order on all parties in interest and to file a certificate of service with the Court.*