**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**

In Re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22-15627-EPK

     Debtor.

_____/

FVP OPPORTUNITY FUND III, LP, a
Delaware limited partnership; FVP
INVESTMENTS, LLC, a Delaware limited
liability company; and FVP SERVICING,
LLC, a Delaware limited liability company;
and HI BAR CAPITAL, LLC, a New York
Limited Liability Company.
     Adversary Plaintiffs,

vs.                                             Adversary Case No.: 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC,

     Adversary Defendant.

_____/

**MOTION TO WITHDRAW AS COUNSEL FOR HI BAR CAPITAL, LLC**

The law firm of Foley & Lardner LLP, ("Foley & Lardner") including Mark Wolfson, hereby moves for the entry of an Order permitting Foley & Lardner to withdraw as counsel for Hi Bar Capital, LLC ("Hi Bar"). The grounds for this Motion are as follows:

1)  Hi Bar has retained other lead counsel, the law firm of Bryan Cave Leighton Paisner LLP (DE 114).

WHEREFORE, Foley & Lardner respectfully requests that the Court enter its Order (a) permitting Foley & Lardner to withdraw as counsel for Hi Bar and discharging Foley & Lardner from any further responsibility as counsel for Hi Bar, (see attached **Exhibit 1**), (b) removing Mark J. Wolfson and Foley & Lardner from the service list in this case; and (c) granting such other and further relief as the Court deems proper.

4896-1658-1439.1

/s/ Mark. J. Wolfson_____
Mark J. Wolfson (FBN 0352756)
FOLEY & LARDNER LLP
100 N. Tampa Street, Suite 2700
Tampa, Florida  33602
(813) 229-2300 (telephone)
(813) 221-4210 (facsimile)
Primary email: mwolfson@foley.com
Secondary email: crowell@foley.com
Attorneys for Hi Bar Capital, LLC

4896-1658-1439.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 17, 2022 a true and correct copy of the foregoing was filed through the CM/ECF filing system which will send notice to all registered recipients, and to  Hi Bar Capital, LLC, c/o Yisorel Herbst, 117 E. 55th Street, New York, NY 10022.

/s/ Mark J. Wolfson_____
Attorney

4896-1658-1439.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**

In Re:

AUTO WHOLESALE OF BOCA, LLC,         Case No.: 22-15627-EPK

     Debtor.

_____/

FVP OPPORTUNITY FUND III, LP, a
Delaware limited partnership; FVP
INVESTMENTS, LLC, a Delaware limited
liability company; and FVP SERVICING,
LLC, a Delaware limited liability company;
and HI BAR CAPITAL, LLC, a New York
Limited Liability Company.
     Adversary Plaintiffs,

vs.                          Adversary Case No.: 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC,

     Adversary Defendant.

_____/

<u>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**</u>
<u>**FOR HI BAR CAPITAL, LLC**</u>

4867-3234-2079.1

EXHIBIT 1

This matter came before the court without a hearing on the Motion to Withdraw as Counsel for Hi Bar Capital, LLC [ECF No._____]. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that

1) The Motion is Granted.

2) Accordingly, Foley & Lardner LLP and Mark J. Wolfson are permitted to withdraw as counsel for Hi Bar Capital, LLC and both are discharged from any further responsibility as counsel for Hi Bar Capital, LLC in this matter.

3) the Clerk is hereby directed to remove Mark J. Wolfson and Foley & Lardner LLP from the service list in this adversary matter 22-01218-EPK.

### 

Submitted by:
Mark J. Wolfson, Esq.
Foley & Lardner LLP
100 North Tampa St. #2700
Tampa, FL 33602
Phone: 813-225-4119
Facsimile: 813-221-4210

Mark J. Wolfson shall serve this order upon the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.

4867-3234-2079.1