

**ORDERED in the Southern District of Florida on December 2, 2022.**



Erik P. Kimball, Judge
United States Bankruptcy Court

---

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION**

In Re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22-15627-EPK

      Debtor.

_____/

FVP OPPORTUNITY FUND III, LP, a
Delaware limited partnership; FVP
INVESTMENTS, LLC, a Delaware limited
liability company; and FVP SERVICING,
LLC, a Delaware limited liability company;
and HI BAR CAPITAL, LLC, a New York
Limited Liability Company.
      Adversary Plaintiffs,

vs.                                                                      Adversary Case No.: 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC,

      Adversary Defendant.

_____/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
FOR HI BAR CAPITAL, LLC**

4867-3234-2079.1

This matter came before the court for hearing the Motion to Withdraw as Counsel for Hi Bar Capital, LLC (the "Adv. Motion to Withdraw") [ECF No.   134]. The court having reviewed the Adv. Motion to Withdraw, the record reflecting that the laws firm of Bryan Cave Leighton Paisner LLP, 211 North Broadway, Suite 3600, St. Louis, MO 63102 has made an appearance of record in this case on behalf of Hi Bar Capital, LLC, and good cause appearing, it is

**ORDERED** that:

1) The Motion is Granted.

2) Accordingly, Foley & Lardner LLP and Mark J. Wolfson are permitted to withdraw as counsel for Hi Bar Capital, LLC and both are discharged from any further responsibility as counsel for Hi Bar Capital, LLC in this matter.

3) The hearing scheduled on this matter on December 7, 2022 at 9:30 a.m. is hereby cancelled.

3) The Clerk of the Court is hereby authorized to remove Mark J. Wolfson and Foley & Lardner LLP from the service list in this adversary matter 22-01218-EPK.

### ###

Submitted by:
Mark J. Wolfson, Esq.
Foley & Lardner LLP
100 North Tampa St. #2700
Tampa, FL 33602
Phone: 813-225-4119
Facsimile: 813-221-4210

Mark J. Wolfson shall serve this order upon the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.

4867-3234-2079.1