

**ORDERED in the Southern District of Florida on December 9, 2022.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 22-15627-EPK** |
| | **Chapter 11** |
| **AUTO WHOLESALE OF BOCA, LLC,** | |
|     **Debtor.** | |
| _____/ | |
| **FVP OPPORTUNITY FUND III, LP, et al.,** | |
|     **Plaintiffs,** | |
| **v.** | **Adv. Proc. No. 22-01218-EPK** |
| **AUTO WHOLESALE OF BOCA, LLC,** | |
|     **Defendant.** | |
| _____/ | |

## ORDER CONTINUING SCHEDULING CONFERENCE

This matter came before the Court *sua sponte*. This adversary proceeding is currently set for a scheduling conference on December 14, 2022. With the Court being fully advised in the premises, it is ORDERED and ADJUDGED:

1. The scheduling conference set December 14, 2022 is CONTINUED to **January 18, 2023 at 1:30 p.m**. at the United States Bankruptcy Court, The Flagler Waterview

Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E. If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

2.      At the scheduling conference, the Court will re-set all deadlines in this case. Following the scheduling conference, the Court will enter one pretrial scheduling order which shall apply to all parties in this adversary proceeding and shall replace any existing scheduling orders.

3.      All parties in this adversary proceeding shall meet and discuss, prior to the continued scheduling conference, proposed deadlines for:

a.      initial disclosures required by Fed. R. Civ. P., 26(a)(1);

b.      the completion of discovery;

c.      expert disclosures as required by Fed. R. Civ. P. 26(a)(2) and the completion of expert discovery (if applicable);

d.      filing motions to join additional parties and motions to amend the pleadings;

e.      filing motions for judgment on the pleadings, motions for summary judgment, motions *in limine*, and Fed. R. Evid. 702 motions;

f.      conducting mediation;

g.      pretrial disclosures as required by Red. R. Civ. P. 26(a)(3)(A); and

h.      a final pretrial conference.

4.      The parties shall announce the proposed deadlines at the scheduling conference.

5.      Failure to comply with any provision of this order or failure to appear at the scheduling conference may result in appropriate sanctions.

###

Copy to:

Jerrell A. Breslin, Esq.

*Jerrell A. Breslin, Esq. is directed to serve a copy of this order on all parties in interest and to file a certificate of service with the Court.*