

**ORDERED in the Southern District of Florida on December 9, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                   Case No.: 22-15627-EPK

                                               Chapter 11
            Debtor.                            Subchapter V
_____/

FVP OPPORTUNITY FUND III, LP, *et al.*,

            Plaintiffs.

v.                                             Adv. Proc. No. 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC ,
*et al.*,

            Defendants.
_____/

### ORDER GRANTING AGREED EX PARTE MOTION
### TO EXTEND DEADLINE TO FILE AMENDED PLEADINGS

{2425/000/00548293}

**THIS MATTER** came before the Court for upon the *Agreed Ex Parte Motion to Extend Deadline to File Amended Pleadings* [ECF No. 139] (the "Motion") filed by Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC.  Having reviewed the Motion, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1.      The Motion [ECF No. 139] is GRANTED.

2.      The deadline for parties to file amended pleadings in this adversary proceeding which are consistent with the Court's guidance at the November 16, 2022 hearing, is extended through January 17, 2023.

###

SUBMITTED BY:

Eric Pendergraft Esq.
**SHRAIBERG PAGE, P.A.**
Attorneys for Franklin
2385 NW Executive Center Drive, No. 300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email:  ependergraft@slp.law

*Eric Pendergraft, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.*