

**ORDERED in the Southern District of Florida on December 22, 2022.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Case No. 22-15627-EPK |
| AUTO WHOLESALE OF BOCA, INC. | |
| | Chapter 11 |
| Debtor. | |
| _____/ | |
| | |
| FVP OPPORTUNITY FUND III, LLP, et al., | |
| | Adv. Proc. No. 22-01218-EPK |
| Plaintiffs, | |
| v. | |
| | |
| AUTO WHOLESALE OF BOCA, LLC, | |
| and EDWARD BROWN, | |
| | |
| Defendants. | |
| _____/ | |

**AGREED ORDER GRANTING EDWARD BROWN'S AGREED**
***EX PARTE* MOTION TO EXTEND DEADLINE FOR RESPONSE**
**TO JOINT ADVERSARY COMPLAINT (ECF NO. 159)**

**THIS MATTER** came before the Court for upon *Edward Brown's Agreed Ex Parte Motion to Extend Deadline for Response to Joint Adversary Complaint (ECF No. 145)* [ECF No. 159] (the "Motion"). Having reviewed the Motion, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1.      The Motion [ECF No.159] is GRANTED.

2.      The deadline for Brown to file a response to the Joint Amended Adversary Complaint [ECF No. 145] is extended through January 13, 2023.

###

Submitted by:

Amanda Klopp, Esq.
**AKERMAN LLP**
777 S. Flagler Drive, Suite 1100
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Fax: (561) 659-6313
Email: amanda.klopp@akerman.com

Attorney Klopp is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court.