UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22- 15627-EPK
                                                                 Chapter 11 Subchapter V

_____Debtor-in-Possession._____ /
FVP OPPORTUNITY FUND III, LP, a
Delaware limited partnership; FVP
INVESTMENTS, LLC, a Delaware
limited liability company; and FVP
SERVICING, LLC, a Delaware limited
liability company,

Plaintiffs,

vs.                                                              Adversary Case NO.: 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC,

Defendant.
_____/

## DEBTOR'S/DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO FIFTH AMENDED COMPLAINT

Comes Now, Defendant, the Debtor-in-Possession, Auto Wholesale of Boca,

LLC ("Debtor" or "AWB"), by and through undersigned counsel, and files and serves this

instant *Debtor's/Defendant's Motion To Extend Time To Respond to Fifth Amended*

*Complaint*,[1] and states –

---

[1] Prior to filing the instant *Motion*, the undersigned reached out to Jerry Breslin, Esq., for an agreed extension, but as of the time of the filing of this *Motion*, has not yet received a response. However, it is believed that Mr. Breslin will likely agree to an extension; and, if so, a proposed agreed order will be submitted to the Court.

1. The Plaintiffs (FVP, Franklin Capital and Hi Bar) have been previously directed by the Court to file their proposed fifth amended complaint, if any, on or before December 9th, 2022. *See* ECF No. 132.

2. On December 9th, 2022, FVP, joined with Karma of Palm Beach and Karma of Broward, filed their proposed Fifth Amended Complaint [ECF No. 145] comprised of a total of 459 pages with attached exhibits.

3. In the interim, Franklin Capital, on December 7th, 2022, filed an *ex parte* motion to extend time for the "parties" to file their proposed amended pleadings through January 15th, 2023 [*see* ECF No. 139]; and, same was granted with an extension through January 17th, 2023 [*see* ECF No. 144].

4. Therefore, all co-plaintiffs have yet to file their proposed amended versions of an operative complaint.

5. With the intervening holidays, family vacations for various parties and their counsel, and although FVP has filed their proposed Fifth Amended Complaint, the uncertainty as to what the other Co-Plaintiffs will be seeking for relief or otherwise raising as defenses to FVP's latest amended complaint, the Debtor requests that the Court grant Debtor an extension of time sufficient to allow it to review and respond to the FVP Fifth Amended Complaint to a date falling after the time when the other co-plaintiffs finally file and serve their proposed operative complaints.[2]

---

[2] Additionally, Edward Brown, a co-defendant in this matter, has also filed and obtained an agreed extension of time to respond to the Fifth Amended Complaint. *See* ECF No.'s 159 and 160.

6. Such an extension would allow the Debtor sufficient time to be better informed and prepare an appropriate response to the Fifth Amended Complaint.

WHEREFORE, Debtor requests the Court grant the requested relief in this Motion, and such other and further relief which is equitable and just.

Respectfully submitted on December 23rd, 2022.

JAMES B. MILLER, P.A.
**Counsel for Debtor/Defendant**
19 West Flagler St., Suite 416
Miami, Florida 33130
T. 305.374.0200
F.  305.374.0250
EMAIL: BKCMIAMI@GMAIL.COM

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 9164

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading, with all attachments, was served *via* CM/ECF simultaneously with the filing of the same with the Court this even date (as identified below) upon all parties-in-interest of record in said Adversary Proceeding and who are registered with the Court for such service.

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 9164

CM/ECF Service List:

-Eyal Berger, Esq. on behalf of Defendant Edward Brown
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

-Jerrell A Breslin on behalf of Plaintiff FVP Investments, LLC jb@richardbaronlaw.com

-Jerrell A Breslin on behalf of Plaintiff FVP Opportunity Fund III, LP jb@richardbaronlaw.com

-Jerrell A Breslin on behalf of Plaintiff FVP Servicing, LLC jb@richardbaronlaw.com

-Patrick R Dorsey on behalf of Creditor Franklin Capital Funding, LLC
pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

-Patrick R Dorsey on behalf of Creditor Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC
pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

-Scott C Gherman on behalf of Interested Party Express Emergency Services, Inc. sgherman@scottghermanpa.com

-Scott C Gherman on behalf of Interested Party Farache Enterprises Inc. sgherman@scottghermanpa.com

-Scott C Gherman on behalf of Interested Party M & M Development Consultants LLC
sgherman@scottghermanpa.com

-Scott C Gherman on behalf of Interested Party MMS Ultimate Services Inc. sgherman@scottghermanpa.com

-Scott C Gherman on behalf of Interested Party Mazel Tov Inc sgherman@scottghermanpa.com

-Scott C Gherman on behalf of Interested Party Pompano 2009 LLC sgherman@scottghermanpa.com

-Scott C Gherman on behalf of Interested Party Chase Farache sgherman@scottghermanpa.com

-Scott C Gherman on behalf of Interested Party Lisa Farache sgherman@scottghermanpa.com

-Scott C Gherman on behalf of Interested Party Moshe Farache sgherman@scottghermanpa.com

-Amanda Klopp on behalf of Defendant Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

-Linda Marie Leali on behalf of Interested Party Linda Leali
 trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net

-James B Miller on behalf of Defendant Auto Wholesale of Boca, LLC bkcmiami@gmail.com

-Eric S Pendergraft on behalf of Creditor Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC
ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

-Ezequiel Joseph Romero on behalf of Plaintiff Hi Bar Capital, LLC
romeroe@bryancave.com, zeke.romero30@gmail.com

-Bradley S Shraiberg on behalf of Creditor Franklin Capital Funding, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

-Bradley S Shraiberg on behalf of Creditor Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

-David R. Softness on behalf of Plaintiff FVP Investments, LLC david@softnesslaw.com

-David R. Softness on behalf of Plaintiff FVP Opportunity Fund III, LP david@softnesslaw.com

-David R. Softness on behalf of Plaintiff FVP Servicing, LLC david@softnesslaw.com

-David M Unseth on behalf of Plaintiff Hi Bar Capital, LLC dmunseth@bclplaw.com

-Harry Winderman on behalf of Interested Party Karma of Broward, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

-Harry Winderman on behalf of Interested Party Karma of Palm Beach, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com