Debtor  **Auto Wholesale of Boca, LLC**                    Case number *(If known)* **22-15627-EPK**
　　　　　Name

41.  **Office equipment, including all computer equipment and communication systems equipment and software**
     **Computer, software and equipment**          $9,300.00                          $9,300.00

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                          $28,000.00
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2017 Ferrari F12 Berlinetta**<br>**VIN No. 1036** | $244,600.00 | | $244,600.00 |
| 47.2.  **2019 Aston Martin DB11 Volante**<br>**VIN No. 7671** | $150,000.00 | | $150,000.00 |
| 47.3.  **2020 Lamborghini Urus**<br>**VIN No. 6529** | $185,000.00 | | $185,000.00 |
| 47.4.  **2020 Mercedes G63**<br>**VIN No. 6462** | $175,000.00 | | $175,000.00 |
| 47.5.  **2019 BMW X7**<br>**VIN No. 9222** | $57,100.00 | | $57,100.00 |
| 47.6.  **2019 GMC Yukon**<br>**VIN No. 4378** | $100.00 | | $100.00 |
| 47.7.  **2018 MClaren 720S**<br>**VIN No. 0506** | $180,000.00 | | $180,000.00 |

Debtor   **Auto Wholesale of Boca, LLC**                                       Case number *(If known)* **22-15627-EPK**
         Name

| | | | | |
|---|---|---|---|---|
| 47.8. | **2021 Mercedes G Wagon** **VIN No. 0328** | **$175,000.00** | | **$175,000.00** |
| 47.9. | **2020 Mercedes G63** **VIN No. 2080** | **$175,000.00** | | **$175,000.00** |
| 47.10. | **2008 Porsche 911** **VIN No. 3176** | **$37,800.00** | | **$37,800.00** |
| 47.11. | **2020 MClaren 720S** **VIN No. 4229** | **$273,000.00** | | **$273,000.00** |
| 47.12. | **2019 Lamborghini Urus** **VIN No. 1961** | **$100.00** | | **$100.00** |
| 47.13. | **2020 Ferrari 812 Superfast** **VIN No. 4963** | **$435,500.00** | | **$434,500.00** |
| 47.14. | **2018 Cadillac Escalade** **VIN No. 1612** | **$32,500.00** | | **$32,500.00** |
| 47.15. | **2013 Ferrari 458 Italia** **VIN No. 1526** | **$191,000.00** | | **$191,000.00** |
| 47.16. | **2021 Jeep Gladiator** **VIN No. 1540** | **$39,500.00** | | **$39,500.00** |
| 47.17. | **2020 Lamborghini Huracan** **VIN No. 4316** | **$271,000.00** | | **$271,000.00** |
| 47.18. | **2019 MClaren 720S** **VIN No. 3714** | **$260,000.00** | | **$260,000.00** |
| 47.19. | **2020 Mercedes G Class** **VIN No. 4940** | **$175,000.00** | | **$175,000.00** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
      **Battery chargers**                                    **$200.00**                    **$200.00**

51.   **Total of Part 8.**                                                              **$3,056,400.00**

      Add lines 47 through 50. Copy the total to line 87.