**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22-15627-EPK

     Debtor.

_____/

FVP OPPORTUNITY FUND III, LP, a
Delaware limited partnership; FVP
INVESTMENTS, LLC, a Delaware
limited liability company; and FVP
SERVICING, LLC, a Delaware limited
liability company; and HI BAR CAPITAL,
LLC, a New York Limited Liability
Company,

     Adversary Plaintiffs,

vs.                                              Adversary Case No.: 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC,

     Adversary Defendant.

_____/

**SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

     **PLEASE TAKE NOTICE** that Plaintiffs FVP Opportunity Fund III, LP, FVP

Investments, LLC and FVP Servicing, LLC (collectively, the "FVP Plaintiffs"), by and

through their undersigned attorneys and pursuant to Rule 7034 of Federal Rules of

Bankruptcy Procedure (a "Rule" or the "Rules"), hereby requests the production of all

documents identified on the incorporated **Exhibit A** from the Defendant, Auto Wholesale

of Boca, LLC (the "Defendant").

CASE NO. 22-15627-EPK
**ADVERSARY PROCEEDING**
**CASE NO.  22-01218-EPK**
Second Request for Production of Documents to Defendant
Page 2 of 12

The requested documents shall be produced for inspection and copying at the law offices of David R. Softness, P.A., 201 South Biscayne Boulevard, Suite 2740, Miami, FL 33131 within the time allowed by the Rules, pursuant to Order of the Court, or as otherwise agreed to by the parties.

Dated September 13, 2022.

David Softness, Esq.
David R. Softness, P.A.
201 S. Biscayne Blvd., Ste 2740
Miami, Florida 33131
Phone: (305) 763-8708
E-mail: david@softnesslaw.com

Jerrell A. Breslin, Esq.
Baron, Breslin & Sarmiento
169 East Flagler Street, #700
Miami, Florida 33131
Phone: (305) 577-4626
E-mail: JB@RichardBaronLaw.com
　　　　EService@RichardBaronLaw.com

Jonathan Noah Schwartz, Esq.
Florida Bar No. 1014596
Jonathan Schwartz Law PLLC
10200 NW 25th Street, Suite 111
Doral, FL 33172
Tel.: (973) 936-2176
Fax: (786) 338-7435
E-mails:　　jschwartz@jonschwartzlaw.com
　　　　　　JNSEsquire@gmail.com

By:　　s/  David R. Softness
　　　　David R. Softness, Esq.
　　　　Florida Bar No. 513229

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that; I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive notifications in this matter.

/ s/  David R. Softness
David R. Softness, Esq.

## INSTRUCTIONS AND DEFINITIONS

A.      "Bankruptcy Case" or the "Case" means the above-captioned bankruptcy case.

B.      "Bankruptcy Code" or the "Code" means Title 11 of the United States Code.

C.      "Concerning" means relating to, referring to, refuting, supporting, describing, evidencing or constituting.

D.      "Contracts" means all contracts or other types of agreements, in whatever form.

E.      "Debtor" collectively means Auto Wholesale of Boca, LLC as well as - where the context allows or requires - their employees, representatives, attorneys, accountants, financial advisors, consultants, agents, and all persons who act or acted on behalf of the Debtor.

F.      "Document" means any paper, writing or record of any type or source of authorship in your possession, custody or control, or of which you have knowledge, wherever located, however produced or reproduced, or whether a draft, original or copy. By way of illustration and not limitation, the term "document" shall include memoranda of telephone conversations, summaries, diaries, or other records of personal conversation or interviews, and minutes, summaries, or other records of any meetings, discussions or conferences, as well as other notes, reports, records, data, memoranda, correspondence, notebooks, scrapbooks, diaries, minutes, summaries, financial statements, ledgers, magnetic tape or other sound recordings, electronic mail, telegrams, letters, studies, ,

computer or electronic records on any device, photocopies, descriptions, purchase orders, agreements, contracts, promissory notes, loan agreements of any description, security agreements of any description, invoices, bills of lading, published or unpublished speeches, manuscripts or articles, transcripts, affidavits, depositions, printed matter, publications and any other retrievable intelligence, however recorded, memorialized or preserved.  Any original or copy containing or having attached thereto any alterations, notes, comments or other material not included in each other original or copy shall be deemed a separate document within the foregoing definition.

G.    The term "communications" shall mean records of any correspondence or communications including paper copies of mail, e-mail ("e-mail"), text messages, audio recordings and messages, social media messaging in any format, and any notes of conferences or conversations or meetings.  Any email ("e-mail") shall be provided in its original and unedited PST format by delivery flash drive or thumb drive or other electronic transfer of the data in a format that maintains the unrefined and unedited fidelity of the data. that also be produced.

H.    The term "Bank Records" shall refer to balance sheets, bank checks, checks, cancelled or deposited checks, bank deposit or withdrawal slips, bank credit or debit memoranda, monthly bank statements, any company or personal checks, bank deposit or withdrawal slips, bank credit or debit memoranda, notices of wire transfer in or out, or receipt of funds, receipts,  statements of account, and any and all other papers similar to any of the foregoing.

I.        The term "Business Records" shall include "Bank Records" as above defined, and shall also include and mean internal or external physical or electronic records whether on a device, server, application, cloud or internet as to: income, receipts, revenue from any source, costs or expenses of any source, payroll, investments, securities purchase or sale, loan agreements, loan applications, stock (including Restricted Stock Units or the like), membership interests, shareholders agreements, operating agreements, options; commissions; salaries; promotions; payroll deductions or other deductions of any kind; credit union accounts; pension plans; pension funds; retirement plans; retirement funds; employee loans; stock plans or funds settlement documents, contracts, deeds, real or business assets of any description, investment accounts, trusts, employment contracts, contracts regarding any business activity, promissory notes, loan agreements, accounting journals, accounting ledgers, QuickBooks or other accounting software records, general ledger, general journal, cash receipts journal, accounts receivable ledger, payroll journals and ledgers, purchase journal, shipping and receiving reports, assets and continent assets, liabilities and contingent liabilities, financial statements, advertisements, agreements or proposed agreements, appraisals,  blueprints, computer data or printouts, data sheets, desk calendars, financial calculations, financial projections, financial statements, internal accounting records, interoffice communications, invoices, general ledgers, receipts, invoices, bills of sale, records of payment, reports,  results of investigations, statements of account, studies, summaries, tabulations, tables, bank records, purchase orders,

delivery tickets, invoices, paid bills, loan files, and real property records and any and all other papers similar to any of the foregoing.

J.      "Identify" in the case of any document means either to produce the document or to state:  (a) its locations; (b) the location of all copies which are not identical duplicates of the original; (c) the name and title of all persons presently in charge of the custody and maintenance of the original and all non-identical copies; (d) the date of the original and all non-identical copies; (e) the author and signatories of the original and all non-identical copies; (f) its length; (g) the original document's contents and how each non-identical copy differs from the original; and (h) each person who received the original or a copy of the document.  If the document was, but no longer is, in your possession, custody or control, state or identify:  (a) what disposition was made of the document; (b) the date of any such disposition; and (c) each person that either authorized or has knowledge relating to such disposition.

K.      "Identify" in the case of a natural person means to state his or her: (a) name; (b) title or position; (c) present or last known business address and telephone number; and (d) present or last known home address and telephone number.  If such person is no longer employed by the person for whom he/she engaged in the activity that is the subject of the interrogatory, state the date on which he/she left the employ of the person and his/her title or position when he/she engaged in the activity which is the subject of the Discovery Request.

Case 22-01218-EPK    Doc 170-2    Filed 01/06/23    Page 7 of 12

CASE NO. 22-15627-EPK
**ADVERSARY PROCEEDING**
**CASE NO.  22-01218-EPK**
Second Request for Production of Documents to Defendant
Page 7 of 12

L.      "Identify" in the case of a non-natural person means to state:  (a) the full name of the person; (b) the address of its principal place of business; (c) the telephone number of its principal place of business; (d) the name of the title of each person who (i) is or was an officer, director, general partner, limited partner, member, or beneficiary of the person, or (ii) represented the person with respect to the subject matter of the Discovery Request; and (c) the relationship of the entity to the parties to this proceeding.

M.      "Identify" in the case of a communication means to state or identify: (a) the date, time and place of the communication; (b) the form of communication (such as memorandum, letter or conversation); (c) each person who has believed to have firsthand knowledge of the communication; (d) the substance of the communication; and (e) each document relating to the communication.

N.      "Relating to" or "relates to" means, without limitation, embodying, evidencing, mentioning, concerning, directly or indirectly, the subject matter identified in a specific request.

O.      "Person" means any natural person or any business, legal or governmental entity or association.

P.      "Related Entities" means any person or entity with which or in which the Debtor has an ownership interest, directly or indirectly, or other relationship or position of control, be it formally or informally, of any kind or nature.

Q.      These requests call for documents within your possession, custody or control, whether directly or indirectly.  A document is in your possession, custody or

control for purposes of these requests if it is within the possession of your attorneys, accountants, financial advisors, consultants, agents or representatives.

R.      The use of the singular form of any word includes the plural, and vice versa.

S.      These requests are continuing in nature, and any information obtained after the service of your response to these requests shall promptly be supplied by supplemental response whenever you find, locate, acquire or create the information.

T.      The "FVP Plaintiffs" shall collectively mean FVP Opportunity Fund III, LP, FVP Investments LLC and FVP Servicing, LLC.

U.      "Farache" shall mean Moshe Farache, an individual.

V.      The "Members" shall mean any member of the Debtor possessing membership units in the Debtor, with each individually referred to as a "Member."

W.      "MMS" shall mean MMS Ultimate Services, Inc., a Florida corporation.

X.      The "Dealerships" shall collectively mean Karma of Broward, Inc., a Florida corporation ("Karma of Broward"), and Karma of Palm Beach, Inc., a Florida corporation ("Karma of Palm Beach").

Y.      The "Zankl's" shall collectively mean Scott Zankl, an individual ("Scott Zankl"), and Kristen Zankl, an individual ("Kristen Zankl").

Z.       "EAG" shall mean Excell Auto Group, Inc., a Florida corporation currently in bankruptcy before this Court.

Case 22-01218-EPK    Doc 170-2    Filed 01/06/23    Page 9 of 12

CASE NO. 22-15627-EPK
**ADVERSARY PROCEEDING**
**CASE NO.  22-01218-EPK**
Second Request for Production of Documents to Defendant
Page 9 of 12

AA.    "Excell Sport and Finance" shall collectively mean Excell Auto Sport and Service, Inc., a Florida corporation ("Excell Sport"), and Excell Auto Finance, LLC, a Florida limited liability company ("Excell Finance").

BB.    The "Cars Taken by Farache" shall mean any cars physically taken by or at the direction of Farache and/or the Debtor from the Dealerships' possession, custody and/or control.

CC.    The "FVP Plaintiffs' Loan" shall mean that certain loan facility in the amount of $7,500,000.00 by the FVP Plaintiffs to the Dealerships and the Zankl's.

## PRIVILEGE

DD.    Identify in detail all information which is responsive to a specific request, but which the Debtor does not intend to produce based upon the assertion of a claim of privilege or other asserted justification for not responding and specifically identify the privilege asserted.

## INCOMPLETE RESPONSE

EE.    This is a continuing request for the production of documents but only to the extent allowed by the Code. At such time as you become aware of the existence of any additional documents responsive to this Request which would indicate that your response was not complete when made, you are hereby requested to produce such documents promptly.

## DESTROYED DOCUMENTS

FF.    If any documents responsive to this Request were at one time in existence, but have been lost or destroyed, a list should be provided of the documents

so lost or destroyed stating following information for each such document: (a) the type of document; (b) the date on which it ceased to exist; (c) the circumstances of its loss or destruction; (d) the identity of all persons having knowledge; and (e) the identify of all persons having knowledge of its contents.

## EXHIBIT A

**YOU ARE ADVISED THAT WHEN PRODUCING DOCUMENTS, THE PRODUCING PARTY SHALL EITHER PRODUCE THEM AS THEY ARE KEPT IN THE USUAL COURSE OF BUSINESS OR SHALL IDENTIFY THEM TO CORRESPOND WITH THE CATEGORIES IN THE REQUEST.**

**UNLESS OTHERWISE STATED, THESE REQUESTS REFER TO THE YEARS JANUARY 1, 2020 THROUGH THE DATE OF PRODUCTION**

1.  All federal and state income tax returns for AWB for the last five  (5) years filed in the United States or any country worldwide, and any requests for extensions thereto, including all schedules and amendments thereto. Any and all pending extension and requests for extensions filed for any year requested herein. Any and all IRS audit reports including, but not limited to, debt report and debt repayment reports or plans. Any and all documents to support all tax returns of any kind for the last five (5) years (tax work papers), to the extent these documents exist.

2.  A copy of any and all business records of AWB as above defined.

3.  A copy of any and all documents, business records and bank records as above defined to support the debt statement made in Debtor's Schedule E/F as follows:

    a.  3.70 - **$1,289,168.77**  to M & M Development Consultants LLC, 6560 W Rogers Circle, Suite B2, Boca Raton, FL 33487

    b.  3.71- **$77,838.87**  to Mazel Tov Inc., 6560 W Rogers Circle, Suite B27, Boca Raton, FL 33487

    c.  3.75 - **$3,321,772.46**  to Moshe Farache, 270 South, Silver Palm Road, Boca Raton, Florida, 33432

4.  A copy of any and all documents, business records and bank records as above defined of AWB from any year that supports the representations made in Official Form 206Sum - Summary of Assets and Liabilities for Non-Individuals - Doc 65

Filed 08/09/22 - Official Form 207 - Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy – Gross Revenues From Operating a Business:

a. From 1/1/2022 to 8/9/2022 - **$7,323,888.30**

b. From 1/01/2021 to 12/31/2021 - **$41,433,797.82**

c. 1/01/2020 to 12/31/2020 - **$37,374,876.00**

5. A copy of any and all documents, business records and bank records as above defined that relate to the purchase, possession, transportation, storage, insurance, repairs, use, rental or lease, purchase price, sales price, persons with authority to drive, and location at all times in the past six months of the following vehicles:

a. 2018 MCLAREN 720S BLACK; VIN SBM14DCA7JW001804

b. 2016 FORD RHINO BLACK – VIN: 1FDUF4HT8GEB18666

c. 2007 LAMBORGHINI GALLARDO 2DR CONVERTIBLE BLUE – VIN: ZHWGU22T67LA04210

6. All documents regarding or relating to the representation of AWB lease or security deposit with 5471 LLC.

7. All monthly brokerage or investment account statements, January 2021 through present

8. Credit card and debit card statements for all cards issued in AWB's name, January 1, 2021 through present

9. All note, loan, credit agreements where AWB is the borrower which were in effect at any point from January 1, 2021 through present, including all appendices, exhibits and amendments thereto

10. Include listing of payments made under said agreement: amount, date, entity or individual paying

11. All guarantee agreements AWB has executed and are in effect at any point January 1, 2021 to present

12. All note, loan, credit agreements where AWB is the lender which were in effect at any point from January 1, 2021 through present, including all appendices, exhibits and amendments thereto. Include listing of payments received under said agreement: amount, date, entity or individual paying.

13. Accountants' copy or Backup of AWB QuickBooks file (or other accounting software in use or used during the calendar years 2021, and 2022).

14. Annual Detailed General Ledger report (or equivalent detail of all accounting system journal entries) for the years 2021 – 2022 in Excel format, unfiltered and including all available and exportable data fields.

15. Copies of federal tax returns, year 2021

16. All 1099's (of any kind, including 1099-K, 1099-MISC, etc) issued to AWB for the calendar year 2021

17. All 1099's issued by AWB for the year 2021

18. AWB Form 1096, year 2021

19. All Florida state sales tax returns for the years 2021 – 2022

20. Payroll register/summary evidencing annual payroll paid to each AWB employee, years 2020 through 2021

21. Partial period payroll register/summary evidencing wages and salaries paid to each AWB employee

22. Payroll tax returns Form 941, year 2021 and 2022.

23. The following documents as above defined:

    a. Employee and Independent contractor agreements or documents.

    b. Documents showing the storage or possession of any vehicle claimed by AWB in 2021 and 2022 in any location other than at the Karma of Palm Beach, Karma of Broward or Excell business locations.

    c. Invoices and payment records for the transportation of any vehicles in 2021 and 2022.

    d. Documents and bank records as above defined regarding the auction or sale of any vehicle including the date, price and purchaser.