UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                              Case No. 22-15627-EPK

    Debtor.                                              Chapter 11
                                                         Subchapter V

_____/

FVP OPPORTUNITY FUND III, LP; FVP
INVESTMENTS, LLC; and FVP SERVICING,
LLC,

    Adversary Plaintiffs and Cross-Defendants.

v.                                                       Adv. Proc. No. 22-01218-EPK

KARMA OF PALM BEACH, INC.; KARMA OF
BROWARD, INC.; WING LAKE CAPITAL
PARTNERS f/k/a FRANKLIN CAPITAL
GROUP, LLC; and HI BAR CAPITAL, LLC,

    Adversary Defendants and Cross-Plaintiffs,

AUTO WHOLESALE OF BOCA, LLC;
EXCELL AUTO SPORT AND SERVICE, INC.;
and EDWARD BROWN,

    Adversary Defendants.

_____/

**ANSWER AND AFFIRMATIVE DEFENSES
OF FRANKLIN CAPITAL FUNDING, LLC
TO HI BAR CAPITAL, LLC'S CROSSCLAIMS [ECF NO. 163]**[1]

Franklin Capital Funding, LLC ("Franklin" or "Franklin Capital Funding") hereby answers

and asserts affirmative defenses to responsive pleading of Hi Bar Capital, LLC (the "Hi Bar

---

[1]    The operative pleading [ECF No. 163] names "Wing Lake Partners f/k/a Franklin Capital Group,
LLC" as a defendant.  During a January 18, 2023 hearing, the Court granted a motion filed by Franklin
Capital Funding, LLC to substitute itself into this adversary proceeding for Wing Lake.  *See* ECF No. 171.
{2425/000/00549916}

1

Pleading").  ECF No. 163.

Franklin denies each and every allegation not specifically admitted herein and demands strict proof of thereof as to all denials and affirmative defenses as follows:

**Jurisdiction and Venue**

1.  Admit.

2.  Admit.

3.  Admit.

4.  Admit.

5.  Admit only that Hi Bar represented by counsel.  Otherwise without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

6.  Without knowledge sufficient to form a belief about the truth of the allegations and denies as a result.

**The Parties**

7.  Admit.

8.  Admit.

9.  Admit.

10.  Admit.

11.  Admit that Franklin is a Delaware limited liability company.  Otherwise deny.

12.  Admit.

13.  Admit.

14.  Admit.

15.  Admit.

16.  Admit.

{2425/000/00549916}

17.     Admit.

18.     Admit.

## Background Facts

19.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

20.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

21.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

22.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

23.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

24.     Without knowledge sufficient to form a belief about the truth of the allegations and denies as a result.

25.     Without knowledge sufficient to form a belief about the truth of the allegations and denies as a result.

26.     Without knowledge sufficient to form a belief about the truth of the allegations and denies as a result.

27.     Without knowledge sufficient to form a belief about the truth of the allegations and denies as a result.

28.     Without knowledge sufficient to form a belief about the truth of the allegations and denies as a result.

29.     Without knowledge sufficient to form a belief about the truth of the allegations and denies as a result.

30.     Without knowledge sufficient to form a belief about the truth of the allegations and denies as a result.

31.     Without knowledge sufficient to form a belief about the truth of the allegations and denies as a result.

32.     Without knowledge sufficient to form a belief about the truth of the allegations and denies as a result.

33.     Without knowledge sufficient to form a belief about the truth of the allegations and denies as a result.

34.     Without knowledge sufficient to form a belief about the truth of the allegations and denies as a result.

35.     Without knowledge sufficient to form a belief about the truth of the allegations and denies as a result.

36.     Without knowledge sufficient to form a belief about the truth of the allegations and denies as a result.

37.     Without knowledge sufficient to form a belief about the truth of the allegations and denies as a result.

38.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

39.     Admit only that there were no ordinary course transfers from the Excell Debtor to AWB at any time.  Otherwise without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

40.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

41.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

42.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

43.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

44.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

45.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

46.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

47.     Admit.

48.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

49.     Admit only that Hi Bar filed litigation in the State Court that has been consolidated into the State Court Replevin Action.  Otherwise without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

50.     Admit.

51.     Admit.

52.     Admit.

{2425/000/00549916}

53.     Admit.

54.     Admit.

**The Disputed Vehicles**

55.     Admit.

56.     Admit.

57.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

58.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

59.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

60.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

61.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

62.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

63.     Admit only as to the position alleged by Hi Bar without admitting the substance of such position.  Otherwise without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

64.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

65.     Admit only as to the position alleged by Hi Bar without admitting the substance of

{2425/000/00549916}

6

such position.   Otherwise without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

### FVP's Purported Security Interests

66.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

67.     Admit only as to the position alleged by FVP.   Otherwise without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

68.     Admit only as to the position alleged by FVP.   Otherwise without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

69.     Admit only as to the position alleged by FVP.   Otherwise without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

70.     Admit only as to the position alleged by FVP.   Otherwise without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

### Franklin's Purported Security Interests

71.     Deny to the extent the Excell Debtor may have originally obtained a loan from an affiliate of Franklin Capital Funding, LLC, and not Franklin Capital Funding, LLC itself. Otherwise admit.

72.     Deny to any extent Hi Bar alleges that the Franklin Financing Statements are the only UCC statements filed and held by Franklin.   *See generally* Proof of Claim No. 10-1. Otherwise admit.

73.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

{2425/000/00549916}

7

## Part I

### Count I

74.     Franklin repeats and alleges the allegations contained in paragraphs 1 through 73 as if fully set forth herein.

75.     Admit.

76.     Admit only as to the position alleged by Hi Bar without admitting the substance of such position.  Otherwise without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

77.     Admit only as to the position alleged by the Debtor.  Otherwise without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

78.     Admit.

79.     Admit.

80.     Admit only as to the position alleged by Hi Bar without admitting the substance of such position.  Otherwise without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

81.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

82.     Admit.

83.     Admit.

84.     Admit.

### Count II

85.     Franklin repeats and alleges the allegations contained in paragraphs 1 through 84 as if fully set forth herein.

{2425/000/00549916}

8

86.    Admit only as to the position alleged by Hi Bar without admitting the substance of such position.  Otherwise without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

87.    Admit only as to the position alleged by Hi Bar without admitting the substance of such position.  Otherwise without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

88.    Admit.

89.    Admit only as to the position alleged by Hi Bar without admitting the substance of such position.  Otherwise without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

90.    Admit.

91.    Deny.

92.    Admit as to the stated language of Fla. Stat. § 679.320.  Otherwise without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

93.    Admit.

94.    Admit.

95.    Admit.

96.    Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

97.    Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

98.    Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

{2425/000/00549916}

9

99.     Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

100.    Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

101.    Admit only that Hi Bar is requesting relief from the Court.  Deny that Hi Bar is entitled to such relief.

## Part II

## Count III

102.    Franklin repeats and alleges the allegations contained in paragraphs 1 through 101 as if fully set forth herein.

103.    Admit only that Hi Bar is requesting relief from the Court.  Deny that Hi Bar is entitled to such relief.

104.    Deny.

105.    Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

106.    Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

107.    Deny.

108.    Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

## Count IV

109.    Franklin repeats and alleges the allegations contained in paragraphs 1 through 108 as if fully set forth herein.

{2425/000/00549916}

110.    Deny.

111.    Deny.

112.    Deny.

113.    Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

114.    Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

115.    Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

116.    Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

117.    Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

118.    Without knowledge sufficient to form a belief about the truth of the allegations and deny as a result.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Franklin hereby adopts and incorporates by references and pursuant to Fed. R. Civ. P. 10(c) all allegations and exhibits included in its Proofs of Claim [Claims Nos. 10-1 and 11-1] filed in the main bankruptcy case, as if fully restated herein.

### Second Affirmative Defense

The relief sought in the Hi Bar Pleading should be denied to the extent that any claims are barred, in whole or in part, by any one or more of the doctrines of (a) setoff, payment, and/or

{2425/000/00549916}

11

recoupment; (b) unclean hands; (c) accord and satisfaction; (d) unjust enrichment and/or (e) in *pari delicto*.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing to those parties registered to receive electronic noticing in this case on January 20, 2023.

Respectfully submitted,

**SHRAIBERG PAGE, P.A.**
Attorneys for Franklin
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
bss@slp.law
pdorsey@slp.law

By:    /s/ Patrick Dorsey
       Bradley S. Shraiberg, Esq.
       Florida Bar. No. 121622
       Patrick Dorsey, Esq.
       Florida Bar. No. 0085841

{2425/000/00549916}