

**ORDERED in the Southern District of Florida on January 20, 2023.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,     Case No.: 22- 15627-EPK
                                 Chapter 11 Subchapter V

_____Debtor-in-Possession._____ /
FVP OPPORTUNITY FUND III, LP, a
Delaware limited partnership; FVP
INVESTMENTS, LLC, a Delaware
limited liability company; and FVP
SERVICING, LLC, a Delaware limited
liability company,

Plaintiffs,

vs.                              Adv. Proc. No.: 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC,

Defendant.

_____/

**ORDER GRANTING DEBTOR'S/DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO HI BAR'S CROSSCLAIMS/COUNTERCLAIMS**

This matter came on before the Court, on January 18th, 2023 at 1:30 p.m., for hearing on the *Debtor's/Defendant's Motion To Extend Time To Respond To Hi Bar's Crossclaims/Counterclaims* [ECF No.175] (the "**Motion**"), and the Court, noting no objections, considering the record and finding good cause shown, does hereby

**ORDER** and **ADJUDGE** that:

1. The **Motion** [ECF No. 175] is **GRANTED**; and, Debtor/Defendant, Auto Wholesale of Boca, LLC, has an extension of time through and including fourteen (14) days following the filing and service of Franklin Capital Funding, LLC's latest answer (and/or cross-claim/counter-claim) in this Adversary Proceeding.

###

Submitted by:
JAMES B. MILLER, P.A.
James B. Miller, Esq.
Debtor's Counsel
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250

(Attorney **Miller** shall file a certificate of service as to this *Order*)