UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22-15627-EPK

     Debtor.

_____/

FVP OPPORTUNITY FUND III, LP, a
Delaware limited partnership; FVP
INVESTMENTS, LLC, a Delaware
limited liability company; and FVP
SERVICING, LLC, a Delaware limited
liability company; and HI BAR CAPITAL,
LLC, a New York Limited Liability
Company,

     Plaintiff(s),

v.                                                              Adv. Proc. No.: 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC, *et al.*,

     Defendant(s).

_____/

### DEBTOR'S NOTICE OF FILING OF EXPERT REPORT OF JOEL GLICK

     Pursuant to the Court's Scheduling Order, the Debtor files this Notice of Filing

of Expert Report of Joel Glick.

                                    PHANG & FELDMAN, P.A.

                                      /s/Jonathan S. Feldman
                                      Jonathan S. Feldman (12682)
                                      feldman@katiephang.com
                                      One Biscayne Tower, Suite 1600
                                      2 South Biscayne Boulevard
                                      Miami, Florida 33131
                                      Tel: (305) 614-1223
                                      Fax: (305) 614-1187

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that; I electronically filed the foregoing and the same was served this 24th day of April 2023 upon: all CM ECF compliant attorneys.

.
.

By: /s/Jonathan S. Feldman