UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                          Case No. 22-15627-EPK
                                                                Chapter 11
AUTO WHOLESALE OF BOCA, LLC,

        Debtor.
_____/

FVP OPPORTUNITY FUND III, LP, a                    Adv. Case No.: 22-01218-EPK
Delaware limited partnership; FVP
INVESTMENTS, LLC, a Delaware
limited liability company; and FVP
SERVICING, LLC, a Delaware limited
liability company,

        Plaintiffs,
vs.

AUTO WHOLESALE OF BOCA, LLC,

        Defendant.
_____/

## DEBTOR'S NOTICE OF FILING EXPERT REPORT OF JOEL GLICK
**Corrects ECF No. 400**

Pursuant to the Court's Scheduling Order, Auto Wholesale of Boca, LLC ("Debtor" or

"Defendant") files its Expert Report of Joel Glick.

Dated:  April 25, 2023

                                    PHANG & FELDMAN, P.A.
                                    *Special Counsel for Debtor-In-Possession*
                                    One Biscayne Tower, Suite 1600
                                    2 South Biscayne Boulevard
                                    Miami, Florida 33131
                                    Tel: (305) 614-1223
                                    Fax: (305) 614-1187
                                    E-mail: service@katiepang.com


                                    By: */s/ Jonathan S. Feldman*
                                        JONATHAN S. FELDMAN, ESQ.
                                        Florida Bar No. 12682
                                        Email: feldman@katiephang.com

-and-

JAMES B. MILLER, ESQ.
Florida Bar No. 0009164
*Debtor's/Defendant's Counsel*
19 West Flagler Street, Suite 416
Miami, FL 33130
Telephone: (305) 374-0200
Facsimile: (305) 374-0250
Email: jbm@title11law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2023, true and correct copy of the foregoing was served based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those parties registered to receive NEF in this case.

By: */s/ Jonathan S. Feldman*
JONATHAN S. FELDMAN, ESQ.
Florida Bar No. 12682
Email: feldman@katiephang.com