

**ORDERED in the Southern District of Florida on May 2, 2023.**

**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In re:                                                          **Case No. 22-15627-EPK**

**AUTO WHOLESALE OF BOCA, LLC,**                **Chapter 7**

    Debtor.

_____/

**FVP OPPORTUNITY FUND III, LP,** *et al.*,

    Plaintiffs,

v.                                                              **Adv. Pro. No. 22-01218-EPK**

**AUTO WHOLESALE OF BOCA, LLC,** *et al.*,

    Defendants.

_____/

**ORDER (I) ABATING ADVERSARY PROCEEDING, (II) CANCELING TRIAL,
AND (III) SETTING STATUS CONFERENCE**

    **THIS MATTER** comes before the Court upon this Court's *Order Converting Case*

*Under Chapter 11 to Case Under Chapter 7* entered in the main bankruptcy case.  For the

reasons stated on the record at the hearing on that matter held on May 1, 2023, the Court

ORDERS AND ADJUDGES that:

1.      This adversary proceeding is ABATED, pending further order of the Court.

2.      The trial set to commence on May 22, 2023 is CANCELED.

3.      All other pending hearings are CANCELED.

4.      The Court will conduct a status conference on **May 31, 2023 at 9:30 a.m**.  The status conference will be held at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401. Although the Court will conduct the status conference in person, any interested party may choose to attend the status conference remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the status conference remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the status conference. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.

If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

###

Copy to:

Jerrell A Breslin, Esq.

*Jerrell A Breslin, Esq. shall serve a copy of this order on all appropriate parties and shall file a certificate of service with the Court.*