

**ORDERED in the Southern District of Florida on April 10, 2024.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                                    Case No. 22-15627-EPK

**AUTO WHOLESALE OF BOCA, LLC,**                         Chapter 7

    **Debtor.**
_____/
**FVP OPPORTUNITY FUND III, LP,** *et al.*,

    **Plaintiffs,**

v.                                                                        Adv. Proc. No. 22-01218-EPK

**AUTO WHOLESALE OF BOCA, LLC,** *et al.*,

    **Defendants.**
_____/

## ORDER DISMISSING ADVERSARY PROCEEDING

This matter came before the Court for status hearing on April 10, 2024.  For the reasons stated on the record at the hearing, the Court ORDERS and ADJUDGES that this adversary proceeding is hereby DISMISSED and all pending motions are DENIED as moot.

### ###

Copies furnished to:

Jerrell A. Breslin, Esq.

*Jerrell A. Breslin, Esq. is directed to serve a copy of this order on all parties in interest and file a certificate of service with the Court.*