UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No. 22-15627-EPK

     Debtor.                                   Chapter 7

_____/

FVP OPPORTUNITY FUND III, LLP,
*et al.*,

     Plaintiffs,

v.                                              Adv. Proc. No. 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC,
*et al.*,

     Defendants.

_____/

## MOTION TO CLARIFY DISMISSAL ORDER

Franklin Capital Funding, LLC ("Franklin"), pursuant to Fed. R. Civ. P. 59(e), respectfully requests that the Court clarify or in the alternative, amend, the *Order Dismissing Adversary Proceeding* (the "Order") [ECF No. 452]. In support of this request Franklin states:

1.      The Court entered the Order on April 10, 2024, following a status conference held earlier that day. The Order dismisses this adversary proceeding but does not specify that the dismissal is without prejudice.

2.      The parties and the Court intended the dismissal to be without prejudice, as stated on the record at the status conference. In an abundance of

caution, Franklin respectfully requests that the Court clarify the Order such that the dismissal without prejudice is made explicit.

3.   A proposed order granting this relief is attached as **EXHIBIT "A"**.

**WHEREFORE**, Franklin respectfully requests that the Court clarify that the Order dismissed this adversary proceeding and the claims alleged therein without prejudice, and grant such other relief that is just and proper.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on April 24, 2024.

Respectfully Submitted,

**SHRAIBERG PAGE P.A.**
Attorneys for Franklin
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

By:   /s/ Patrick Dorsey
         Patrick Dorsey, Esq.
         Florida Bar. No. 008584

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,　　　　　Case No. 22-15627-EPK

　　　Debtor.　　　　　　　　　　　　　　Chapter 7
_____/

FVP OPPORTUNITY FUND III, LLP,
*et al.*,

　　　Plaintiffs,

v.　　　　　　　　　　　　　　　　　　Adv. Proc. No. 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC,
*et al.*,

　　　Defendants.
_____/

## ORDER GRANTING MOTION TO CLARIFY DISMISSAL ORDER

THIS MATTER came before the Court without hearing upon the *Motion to Clarify Dismissal Order* (the "Motion"), filed by Franklin Capital Funding, LLC.

{2425/000/00579589}　　73381679;1

ECF No. _____.   The Court having reviewed the Motion and being otherwise advised, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Motion is **GRANTED**.

2.     The *Order Dismissing Adversary Proceeding* (the "Order') [ECF No. 452] is **CLARIFIED** as follows.   The Order dismissed the above-captioned adversary proceeding and the claims alleged therein **WITHOUT PREJUDICE**.

# # #

SUBMITTED BY:

Patrick Dorsey, Esq.
**SHRAIBERG PAGE P.A.**
Attorneys for Franklin
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

Patrick Dorsey, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

{2425/000/00579589}     73381679;1