

**ORDERED in the Southern District of Florida on April 26, 2024.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No. 22-15627-EPK

    Debtor.                                     Chapter 7

_____/

FVP OPPORTUNITY FUND III, LLP,
*et al.*,

    Plaintiffs,

v.                                              Adv. Proc. No. 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC,
*et al.*,

    Defendants.

_____/

## ORDER GRANTING MOTION TO CLARIFY DISMISSAL ORDER

THIS MATTER came before the Court without hearing upon the *Motion to Clarify Dismissal Order* (the "Motion"), filed by Franklin Capital Funding, LLC.

{2425/000/00579661}      73381679;1

ECF No. 456.  The Court having reviewed the Motion and being otherwise advised, it is

**ORDERED AND ADJUDGED** as follows:

1.      The Motion is **GRANTED**.

2.      The *Order Dismissing Adversary Proceeding* (the "Order') [ECF No. 452] is **CLARIFIED** as follows.   The Order dismissed the above-captioned adversary proceeding and the claims alleged therein **WITHOUT PREJUDICE**.

# # #

SUBMITTED BY:

Patrick Dorsey, Esq.
**SHRAIBERG PAGE P.A.**
Attorneys for Franklin
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

Patrick Dorsey, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

{2425/000/00579661}     73381679;1